William J. Wall (State Bar No. 203970)
wwall@wall-law.com
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA 92618
Telephone: (949) 387-4300
Facsimile: (800) 722-8196

Geoffrey H. Baskerville (*pro hac vice*)
gbaskerville@consumerlawfirm.com
FRANCIS & MAILMAN. P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215)735-8600
Facsimile: (215) 940-8000

Attorneys for Plaintiff
RANDALL FERGUSON

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **RANDALL FERGUSON,** | ) |
| **Plaintiff,** | ) Case No.: 2:11-cv-02043-PA-SH |
| | ) |
| **vs.** | ) **PLAINTIFF'S SEPARATELY** |
| | ) **BOUND VOLUME OF** |
| **WELLS FARGO BANK, N.A.,** | ) **EVIDENCE IN SUPPORT OF HIS** |
| | ) **OPPOSITION TO** |
| | ) **DEFENDANT'S MOTION FOR** |
| **Defendant.** | ) **SUMMARY JUDGMENT** |
| | ) |

Pursuant to United States District Court Rule of Court 11-5.2, Plaintiff Randall Ferguson submits this Separately Bound Volume of Evidence. Each of Plaintiff's fourteen (14) documentary exhibits is referred to and authenticated by Geoffery Baskerville, Esq. in his declaration. To affix and file repetitively each of the documentary exhibits with his declaration is "impracticable" within the meaning of Rule 11-5.2. Plaintiff complies with Rule 11-5.2 by affixing and filing such documents hereto.

Exhibit 1: A true and correct copy of select pages from the transcript of Plaintiff's Deposition on November 18, 2011.

Exhibit 2: A true and correct copy of a letter Plaintiff received from GE Money Bank, dated July 29, 2009.

Exhibit 3: A true and correct copy of Plaintiff's August 3, 2009 Trans Union credit report.

Exhibit 4: A true and correct copy of the August 11, 2009 ACDV form exchanged between Trans Union and Defendant regarding Plaintiff's credit reporting dispute of the Wells Fargo account.

Exhibit 5: A true and correct copy of the pertinent pages of the 2009 Credit Reporting Resource Guide.

Exhibit 6: A true and correct copy of Plaintiff's Expert Report of Evan Hendricks, dated November 23, 2011.

Exhibit 7: A true and correct copy of the August 12, 2009 investigation results and Trans Union credit report for Plaintiff, after he disputed the Wells Fargo account.

Exhibit 8: A true and correct copy of the August 19, 2009 ACDV form exchanged between Trans Union and Defendant regarding Plaintiff's second credit reporting dispute of the Wells Fargo account.

Exhibit 9: A true and correct copy of the August 21, 2009 investigation results and Trans Union credit report for Plaintiff, after his second dispute of the Wells Fargo account.

Exhibit 10: A true and correct copy of select pages from the transcript of Steven Newnom's deposition on behalf of Trans Union, LLC in *Ferguson v. Trans Union, LLC*, E.D. Pa. Civ. No. 10-2211 on December 10, 2010.

Exhibit 11: A true and correct copy of select pages from the transcript of Paula Everett's deposition as Defendant's Rule 30(b)(6) witness in this matter on November 17, 2011.

Exhibit 12:  A true and correct copy of Defendant's August 20, 2009 AUD form sent to Trans Union, communicating its results from investigating Plaintiff's dispute directly to Defendant.

Exhibit 13:  A true and correct copy of Plaintiff's September 15, 2009 Trans Union credit report.

Exhibit 14:  A true and correct copy of select pages from the transcript of Eddie Duran's deposition on Defendant's behalf in this matter on November 22, 2011.

DATED: December 8, 2011                    FRANCIS & MAILMAN, P.C.

                                           By:   _/s/ Geoffrey H. Baskerville_
                                                 GEOFFREY H. BASKERVILLE

                                           Attorneys for Plaintiff
                                           RANDALL FERGUSON

# EXHIBIT 1

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION


RANDALL FERGUSON,                  )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )Case No.:
                                   )2:11-cv-02043-PA-SH
WELLS FARGO BANK, N.A.,            )
                                   )
        Defendant.                 )
_____)




DEPOSITION OF RANDALL R. FERGUSON


(Taken by Defendant)


Charlotte, North Carolina


Friday, November 18, 2011



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

RANDALL R. FERGUSON                                    November 18, 2011

9

1          A.    I was an electrician and a mechanic in a
2     paint factory.
3          Q.    And how long did you hold that job for?
4          A.    Eleven years.  Ten -- ten, eleven years.
5          Q.    Okay.  Did you hold any professional
6     licenses?
7          A.    No.
8          Q.    Okay.  I want to talk about the -- the
9     promissory note that is the basis for the credit
10    reporting that precipitated this litigation.  So I'm
11    going to show you a document.  Sorry.  I only have
12    one copy.
13               MR. BASKERVILLE:  I did that to you
14         yesterday.  I can't object now, can I?  You don't
15         want to carry more paper than you have to.
16    BY MR. GRAMMATICO:
17         Q.    Mr. Ferguson, have you seen this document
18    before?
19         A.    I don't recall.  It's possible.
20         Q.    Okay.  Do you think that reviewing it for a
21    minute or two might refresh your recollection of if
22    you've seen it before?
23         A.    From what I'm reading -- I'm not very fast
24    at reading.  But --
25         Q.    Yes.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

RANDALL R. FERGUSON                    November 18, 2011

                                                              10

 1        A.    -- it looks like the -- the loan that I
 2    provided via CD for Leila Shipman.
 3        Q.    Okay.  And if you can turn to the second
 4    page.
 5        A.    Yes.
 6        Q.    Is that your signature that appears at the
 7    bottom of the second page?
 8        A.    Absolutely.
 9        Q.    And to the best of your knowledge, is that
10    Leila Shipman's signature that appears at the
11    bottom?
12        A.    I believe so.
13        Q.    Okay.  Can you describe the circumstances
14    in which you took out this loan?
15        A.    She was a friend; told me that she needed
16    surgery; asked if I would -- if I would help.  And I
17    told her yes.
18        Q.    And what kind of surgery was it?
19        A.    It was a tummy and breast reconstruction.
20        Q.    And do you recall when she approached you
21    about needing money for the surgery?
22        A.    It was shortly before the loan was
23    supplied.
24        Q.    Okay.  So it would be accurate to say
25    shortly before August of 2004?



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

RANDALL R. FERGUSON                              November 18, 2011

11

1        A.    Yes.  I would say within a week.

2        Q.    Okay.  And what is your relationship to

3    Ms. Shipman?

4        A.    Just friends.

5        Q.    Okay.  So it wasn't a romantic

6    relationship?

7        A.    No.

8        Q.    Who made the payments on the loan?

9        A.    Ms. Shipman did.

10       Q.    Did you ever make a payment on the loan?

11       A.    Only when I closed the account.

12       Q.    When was the account closed?

13       A.    I don't know the exact date.  It was right

14   around -- not too long before I was turned down for

15   credit at Lowe's.

16       Q.    Okay.  And if you can remind me, when do

17   you think you were turned down for credit at

18   Lowe's?

19       A.    The best of my recollection it was right

20   after I bought the house.  So it would be a couple of

21   years ago.  Somewhere in mid-July.

22       Q.    Okay.

23       A.    Because I was purchasing things for the

24   home.

25       Q.    So July of 2009?



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

RANDALL R. FERGUSON                    November 18, 2011

12

1        A.    I believe so.

2             MR. GRAMMATICO:  Okay.  Can we go off

3        again.

4                      (OFF THE RECORD)

5             MR. GRAMMATICO:  I'm going to ask the court

6        reporter to mark the promissory note that

7        Mr. Ferguson reviewed as Exhibit -- what exhibit

8        were we on?

9             MR. BASKERVILLE:  You know, I knew you were

10        going to ask that, and I didn't keep a good track

11        of them.

12             MR. GRAMMATICO:  Okay.

13             MR. BASKERVILLE:  We can just start with

14        one.

15             MR. GRAMMATICO:  Yeah.  Let's just --

16             MR. BASKERVILLE:  Start with one.

17             MR. GRAMMATICO:  -- can we do letters.

18        (EXHIBIT A WAS MARKED FOR IDENTIFICATION.)

19    BY MR. GRAMMATICO:

20        Q.    Okay.  Mr. Ferguson, if you could take a

21    look at this document.  Have you seen this document

22    before?

23        A.    Oh, hang on.  Let me -- yes.  That's what I

24    received in the mail, I believe.  That's what I

25    received in the mail shortly after being turned down



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

RANDALL R. FERGUSON                          November 18, 2011

13

1   for credit at Lowe's.

2       Q.   Okay.   And what did you -- did you review

3   your credit report after you received this letter?

4       A.   I don't recall if it was done before or

5   after receiving this letter.  I believe that I went

6   to the free credit report before, but I can't be sure

7   of the exact time that I reviewed my credit.  During

8   this time I -- it was kind of a crazy time, and I was

9   reviewing my credit more than, you know --

10  normally it just gets reviewed once a year with the

11  free credit report.  At this particular time I was

12  forced to review my credit quite a bit.  So I can't

13  recall specific times of reviewing credit at that

14  time.

15      Q.   Why were you forced to review your credit

16  more than normal?

17      A.   Because I had been turned down for credit.

18  And normally I have excellent credit.

19      Q.   So you said that typically your custom

20  would be to review your credit once a year,

21  correct?

22      A.   If necessary.  Not -- I might not even do

23  that.  As long as nothing's going on, I'm fine.  You

24  know, as long as -- as long as everything is running

25  smoothly and there's no blemishes on my credit that I



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

23

1    that was part of it.

2        Q.   Sure.  So you think that you've seen this

3    letter before, and this letter is what TransUnion

4    mailed to you in response to your initial dispute,

5    correct?

6        A.   Yes.

7        Q.   And in addition to this letter, you said

8    they also mailed you a copy of your TransUnion credit

9    report, correct?

10       A.   Yes.

11       Q.   And your TransUnion credit report that they

12   mailed you still contained the offensive notation,

13   correct?

14       A.   Yes.

15       Q.   And what was the offensive notation?

16       A.   It was a bankruptcy.

17       Q.   Okay.  And to be clear, you've never filed

18   for bankruptcy, correct?

19       A.   No.  No.

20       Q.   Do you know if Leila Shipman has filed for

21   bankruptcy?

22       A.   Only from what she told me.

23       Q.   And what did she tell you?

24       A.   She told me that when she was previously

25   married that her sister had stolen her credit cards



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

RANDALL R. FERGUSON                                    November 18, 2011

25

1    basically taught her how to rebuild the pumps, how

2    the electronics were adjusted, things of that nature.

3         Q.   So was she a co-employee?

4         A.   No, she was a contract laborer for the

5    powder division.  I was a maintenance mechanic for

6    the heavy-duty liquid division.

7         Q.   Okay.  And when did you meet her?

8         A.   I can't even come close to being specific

9    about that.

10        Q.   In the last ten years?

11        A.   Oh, yes.

12        Q.   Okay.  How soon after meeting her did she

13   ask you for the loan?

14        A.   Oh, six months --

15        Q.   Okay.

16        A.   -- possibly.

17        Q.   And did you have any reservations about

18   loaning her money?

19        A.   No, I considered her a person of strong

20   character and -- and really believed she would pay

21   off the loan.  And I -- she pretty much did.  I think

22   given the opportunity she would have.

23        Q.   Why was she unable to pay off the loan?

24        A.   Because I paid it off.

25        Q.   And why did you decide to pay it off?



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

RANDALL R. FERGUSON                           November 18, 2011

26

 1        A.    I had been receiving a lot -- she had
 2   fallen a bit behind, but she was making the payments.
 3   I had kept getting a different person from Wells
 4   Fargo with the -- over this loan.  And I kept telling
 5   them she really wants to make these payments.  Please
 6   work with her, allow her to do so.  It was a slight
 7   annoyance getting these calls.  But she was -- she
 8   was making the payments.
 9        Q.    Were the calls collection calls?
10        A.    Yes.
11        Q.    Okay.  So were -- was she late on the
12   payments?
13        A.    She had fallen a bit behind, but she was
14   still making them within some sort of parameter Wells
15   Fargo had set up.
16        Q.    Okay.
17        A.    And so I kept instructing them, please, you
18   know, allow her to -- work with her, please.  Allow
19   her to pay it off.
20        Q.    Why were you receiving calls?
21        A.    Because she had become a bit tardy.  I
22   don't know.  I'm assuming that she had become a bit
23   tardy, but she was still making it with the
24   parameters without it being defaulted because that
25   hadn't happened.



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

27

1      Q.    Okay.

2      A.    And I did ask them, you know, don't let it

3   default.  I'll pay it off.  And what prompted me to

4   pay it off -- it was an annoyance at first -- excuse

5   me.  What prompted me to pay it off is I had just

6   come back from visiting --

7      Q.    Do you want some water?

8      A.    Yes, please.  Thank you.

9      Q.    Do you want to break?

10      A.    No, I just need to do this.

11      Q.    Sorry.  I mean, we --

12      A.    No, I'll be okay.  I had just come back

13   from visiting my grandmother on her deathbed.

14      Q.    I'm sorry.

15      A.    Yeah.  And I'm road-weary.  I'm tired.  I

16   come into the house, and the first phone call's from

17   Wells Fargo over this loan.  I became angry.  I just

18   told them, you know, that's enough.  I'm paying off

19   the loan, and I'm closing all of my accounts with

20   Wells Fargo.  And I did the next day after -- I was

21   tired.  I think I slept a little late.  I can't

22   hold -- you can't hold me on that.

23          But I'm pretty sure I woke up the next day

24   and I went in.  I closed the CD, paid the penalty.  I

25   paid the penalty on my IRA.  I closed all of my



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

RANDALL R. FERGUSON                                    November 18, 2011

28

1    savings and moved it to another bank.

2         Q.    How many accounts did you have with Wells

3    Fargo?

4         A.    Three, I believe.

5         Q.    And you closed them in anger over the

6    substance of this phone conversation?

7         A.    Well, the substance over the entire

8    situation.  It was an emotional moment.

9         Q.    Okay.

10        A.    But it was -- it was the -- a lot of it had

11   to do with a -- I kept asking them -- and I honestly

12   believe that she would have paid off the loan if she

13   had been worked with.  She paid most of it.  I mean,

14   I think there was less than $2,000 left on it.  You

15   can't hold me to that.  But it wasn't much.  She had

16   paid most of the loan off.  And she was really

17   trying.  I think that we had take -- me closing it

18   took her opportunity away from her to actually do it.

19   So I wouldn't even call it anger.  It was a mountain

20   of emotion.

21        Q.    Okay.  How much remained on -- how much

22   remained on the loan when you paid it off?

23        A.    I'm not totally sure, but I believe it was

24   around 2,000, possibly less.

25        Q.    Okay.  And this phone call you received --



Toll Free: 888.486.4044

2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
www.esquiresolutions.com

# EXHIBIT 2

**GE Money Bank, Creditor**
P.O. BOX 981404
EL PASO, TX 79998-1404

Please direct any inquiries concerning this notice to the creditor whose name and address is located in the upper left hand corner. Requests for a copy of your credit report should be sent to the credit reporting agency listed in the bottom portion of this notice. If no agency is listed, a credit report was not utilized in making this decision.

28472

RANDALL R FERGUSON                                          LO/05
1748 BAYLAND DR
ROUND ROCK  TX 78664-3745

IIlulldaadllaadlulalillaabldddladtlldaldl

07/29/2009

GE Money Bank has received your request for credit for a credit program with LOWES-TX. Regretfully, your request cannot be approved at this time.

☐ If checked here, the request was judgmentally reviewed and denied for the following reason(s):

☒ If checked here, our decision was based in part on a credit scoring system that was used to predict your creditworthiness. The reason(s) where you did not score well compared with other applicants have been determined and are listed below:

    BANKRUPTCY PROCEEDING, CREDIT COUNSELING OR CREDITOR SETTLEMENT

☒ If checked here, some information used to make this decision was obtained from the credit reporting agency (agencies) listed below. This credit-reporting agency (agencies) did not make this credit decision and is unable to provide you with the specific reason(s) for our action.

    T.U. CONSUMER RELATIONS
    2 BALDWIN PLACE, PO BOX 1000
    CHESTER, PA 19022
    800-888-4213

    (If more than one agency is disclosed herein and if box 2 above is completed, the reason(s) shown in that box are based on the report provided by the first listed agency.)

☐ If checked here, information from an outside source other than a consumer reporting agency was relied on in whole or in part in reaching our decision.

SINCERELY,
CREDIT MANAGER
GE Money Bank

ALL PERSONS TO WHOM THIS LETTER IS ADDRESSED:
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age provided the applicant has the capacity to enter into a binding contract; because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with the Equal Credit Opportunity Act for the creditor identified on the front page of this letter is shown below.
Creditor: GE Money Bank
Regional Director, Office of Thrift Supervision. Harborside Financial Center Plaza Five, Suite 1600, Jersey City, NY 07311.
Creditor: GE Capital Financial, Inc.
Regional Director, Federal Deposit Insurance Corporation, 2345 Grand Boulevard, Suite 100, Kansas City, MO 64108,
Creditor: General Electric Capital Corporation
Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.
Under the Federal Fair Credit Reporting Act, if a consumer reporting agency or agencies is identified in this letter, you have the right (i) to obtain, within 60 days from your receipt of this letter, a free copy of a consumer report on you from the identified agency or agencies and (ii) to dispute the accuracy or completeness of any information on you in a consumer report furnished by the consumer reporting agency or agencies.
OHIO RESIDENTS: The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.
01BX5966

# EXHIBIT 3

| File Number: | 209697164 |
|---|---|
| Page: | 1 of 6 |
| Date Issued: | 08/03/2009 |

**TransUnion.**

## Personal Information

| Name: | RANDALL R. FERGUSON | SSN: | XXX-XX-3529 |
|---|---|---|---|
| | | Date of Birth: | 06/■■ |
| | | Telephone: | |

Your SSN is partially masked for your protection.

You have been on our files since 09/1994

### CURRENT ADDRESS

| Address: | 7711 OCONNOR DR 206 |
| | ROUND ROCK, TX 78681 |
| Date Reported: | 02/2009 |

### PREVIOUS ADDRESS

| Address: | 8018 OAKWOOD BEND DR |
| | HOUSTON, TX 77040 |
| Date Reported: | 08/2005 |
| Address: | 0 GENERAL DELIVERY, |
| | NORTH SAN JUAN, CA 95960 |

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with "MED1", it includes medical information and the data following "MED1" is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in [brackets] or is shaded for your convenience, to help you understand you're your. They are not bracketed or shaded this way for creditors. Note: The account # may be scrambled by the creditor for your protection.

**WELLS FARGO #** ■■■■**0001**
PO BOX 94435
ALBUQUERQUE, NM 87199
(800) 245-8936

| Balance: | $0 |
| Date Updated: | 04/2009 |
| High Balance: | $16,500 |
| Terms: | 60 MONTHLY $315 |

| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Open: | 08/2004 |
| Date Closed: | 04/2009 |

Loan Type: NOTE LOAN
Remarks: >BANKRUPTCY DISMISSED<
Estimated date that this item will be removed: 02/2012

| Late Payments (48 months) | 30 | 60 | 90 | Last 48 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | may | apr |
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr |

**FERGUSON - 1**

Consumer Credit Report for RANDALL R. FERGUSON

| | |
|---|---|
| File Number: | 209697164 |
| Page: | 2 of 6 |
| Date Issued: | 08/03/2009 |

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection.)

### CHASE- BEST BUY #▉▉▉2709

800 Brooksedge Blv
WESTERVILLE, OH 43081
(800) 955-9900

Loan Type: CREDIT CARD

| Balance: | $2,608 |
|---|---|
| Date Updated: | 07/2009 |
| High Balance: | $3,593 |
| Credit Limit: | $6,000 |

| Pay Status: | PAID OR PAYING AS AGREED |
|---|---|
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 06/2008 |

| Late Payments (15 months) | 30 | 60 | 90+ | Last 13 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun |

### CHASE/BANK ONE CARD SERV #▉▉▉5329

800 BROOKSEDGE BLV
WESTERVILLE, OH 43081
(800) 945-2000

Loan Type: CREDIT CARD

| Balance: | $2,913 |
|---|---|
| Date Updated: | 07/2009 |
| High Balance: | $6,250 |
| Terms: | MINIMUM $58 |

| Pay Status: | PAID OR PAYING AS AGREED |
|---|---|
| Account Type: | OPEN ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 03/2009 |

| Late Payments (03 months) | 30 | 60 | 90+ | Last 3 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK |
|---|---|---|
| jun | may | apr |

### CHASE/BANK ONE CARD SERV #▉▉▉6010

800 BROOKSEDGE BLV
WESTERVILLE, OH 43081
(800) 945-2000

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

| Balance: | $0 |
|---|---|
| Date Updated: | 07/2005 |
| High Balance: | $7,097 |
| Credit Limit: | $7,000 |

| Pay Status: | PAID OR PAYING AS AGREED |
|---|---|
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 07/1995 |
| Date Closed: | 03/2005 |
| Date Paid: | 03/2005 |

| Late Payments (03 months) | 30 | 60 | 90+ | Last 48 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul |

### DISCOVER FINCL SVC LLC #▉▉▉6970

PO BOX 15316
WILMINGTON, DE 19850-5316
(800) 347-2683

Loan Type: CREDIT CARD
Remarks: ACCT INFO DISPUTED BY CONSUMR

| Balance: | $1,067 |
|---|---|
| Date Updated: | 07/2009 |
| High Balance: | $2,628 |
| Credit Limit: | $7,500 |

| Pay Status: | PAID OR PAYING AS AGREED |
|---|---|
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 01/2003 |

| Late Payments (15 months) | 30 | 60 | 90+ | Last 36 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul |

| OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul |

### FORD MOTOR CREDIT #▉▉▉5WY9

ONE THE AMERICAN RD
MAIL DROP 7340
DEARBORN, MI 48121
(800) 727-7000

Loan Type: AUTOMOBILE
Remarks: CLOSED

| Balance: | $0 |
|---|---|
| Date Updated: | 09/2002 |
| High Balance: | $9,878 |
| Terms: | 36 MONTHLY $274 |

| Pay Status: | PAID OR PAYING AS AGREED |
|---|---|
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 04/2001 |
| Date Closed: | 09/2002 |

| Late Payments (17 months) | 30 | 60 | 90+ | Last 17 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| X | OK | OK | OK | OK | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr |

**To dispute online go to: http://transunion.com/disputeonline**

Consumer Credit Report for RANDALL R. FERGUSON

| | |
|---|---|
| File Number: | 209697164 |
| Page: | 3 of 6 |
| Date Issued: | 08/03/2009 |

TransUnion

---

**GEMB/DILLARDS #** ████████ 7161

P O BOX 981400
EL PASO, TX 79998-1432
(800) 643-8278

Loan Type: CHARGE ACCOUNT
Remarks: CLOSED

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 07/2009 |
| High Balance: | $0 |
| Credit Limit: | $224 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 10/2003 |
| Date Closed: | 10/2008 |

Late Payments (48 months): 30: 0  60: 0  90: 0

Last 48 months:
OK jul | OK may | OK apr | OK mar | OK feb | OK '09 | OK dec | OK nov | OK oct | OK sep | OK aug | OK jul | OK jun | OK may | OK apr | OK mar | OK feb | OK '08 | OK dec | OK nov | OK oct | OK sep | OK aug | OK jul
OK jun | OK may | OK apr | OK mar | OK feb | OK '07 | OK dec | OK nov | OK oct | OK sep | OK aug | OK jul | OK jun | OK may | OK apr | OK mar | OK feb | OK '06 | OK dec | OK nov | OK oct | OK sep | OK aug | OK jul

---

**GEMB/OLD NAVY #** ████████ 9061

PO BOX 981400
EL PASO, TX 79998-1400
(877) 222-6868

Loan Type: CHARGE ACCOUNT
Remarks: ACCOUNT CLOSED BY CONSUMER

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 07/2009 |
| High Balance: | $25 |
| Credit Limit: | $500 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 05/2004 |
| Date Closed: | 12/2005 |
| Date Paid: | 06/2004 |

Late Payments (48 months): 30: 0  60: 0  90: 0

Last 48 months:
OK jun | OK may | OK apr | OK mar | OK feb | OK '09 | OK dec | OK nov | OK oct | OK sep | OK aug | OK jul | OK jun | OK may | OK apr | OK mar | OK feb | OK '08 | OK dec | OK nov | OK oct | OK sep | OK aug | OK jul
OK jun | OK may | OK apr | OK mar | OK feb | OK '07 | OK dec | OK nov | OK oct | OK sep | OK aug | OK jul | OK jun | OK may | OK apr | OK mar | OK feb | OK '06 | OK dec | OK nov | OK oct | OK sep | OK aug | OK jul

---

**HSBC BANK #** ████████ 5980

PO BOX 5253
CAROL STREAM, IL 60197
(800) 477-6000

Loan Type: CREDIT CARD
Remarks: DISPUTE RESLVD-CUST DISAGREES

| | |
|---|---|
| Balance: | $28 |
| Date Updated: | 06/2009 |
| High Balance: | $5,609 |
| Credit Limit: | $12,000 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 08/2006 |

Late Payments (33 months): 30: 0  60: 0  90: 0

Last 33 months:
OK may | OK apr | OK mar | OK feb | OK '09 | OK dec | OK nov | OK oct | OK sep | OK aug | OK jul | OK jun | OK may | OK apr | OK mar | OK feb | OK '08 | OK dec | OK nov | OK oct | OK sep | OK aug | OK jul
OK may | OK apr | OK mar | OK feb | OK '07 | OK dec | OK nov | OK oct | OK sep

---

**HSBC BANK #** ████████ 0989

PO BOX 5253
CAROL STREAM, IL 60197
(800) 477-6000

Loan Type: CREDIT CARD
Remarks: CREDIT CARD LOST/STOLEN

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/2006 |
| High Balance: | $2,185 |
| Credit Limit: | $0 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 08/2006 |
| Date Closed: | 09/2006 |

Late Payments (1 month): 30: 0  60: 0  90: 0

Last 1 month: OK aug

---

To dispute online go to: http://transunion.com/disputeonline **FERGUSON - 3**

Consumer Credit Report for RANDALL R. FERGUSON

File Number: 209697164
Page: 4 of 6
Date Issued: 08/03/2009

---

**KOHLS/CHASE #▮▮▮▮8952**
N56W17000 RIDGEWOOD DR
MENOMONEE FLS, WI 53051
(800) 564-5740

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 06/2007 |
| High Balance: | $37 |
| Credit Limit: | $1,500 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 05/2005 |
| Date Paid: | 07/2005 |

Loan Type: CREDIT CARD

| Late Payments (26 months) | 30 | 60 | 90+ | Last 26 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
may apr mar feb '07 dec nov oct sep aug jul jun may apr mar feb '06 dec nov oct sep aug jul jun
OK OK
may apr

---

**KROGER FIN CC #▮▮▮▮5572**
1000 LAFAYETTE BV
BRIDGEPORT, CT 06604
(203) 551-5096

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 05/2008 |
| High Balance: | $1,160 |
| Credit Limit: | $5,000 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 01/2006 |
| Date Closed: | 08/2006 |
| Date Paid: | 09/2006 |

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

| Late Payments (27 months) | 30 | 60 | 90+ | Last 27 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
apr mar feb '08 dec nov oct sep aug jul jun may apr mar feb '07 dec nov oct sep aug jul jun may
OK OK OK
apr mar feb

---

**THE HOME DEPOT/CBSD #▮▮▮▮4155**
PO BOX 6497
SIOUX FALLS, SD 57117-6497
(800) 677-0232

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 07/2009 |
| High Balance: | $256 |
| Credit Limit: | $5,000 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 03/2008 |
| Date Closed: | 10/2008 |
| Date Paid: | 09/2008 |

Loan Type: CHARGE ACCOUNT
Remarks: ACCOUNT CLOSED BY CONSUMER

| Late Payments (16 months) | 30 | 60 | 90+ | Last 16 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar

---

**WELLS FARGO HOME MORTGAG #▮▮▮▮8521**
3480 STATEVIEW BV
FT MILLS, SC 29716
(800) 288-3212

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 01/2007 |
| High Balance: | $43,500 |
| Collateral: | FREDDIE MAC # 217149642 |
| Terms: | 180 MONTHLY $358 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 08/2005 |
| Date Closed: | 01/2007 |

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: CLOSED

| Late Payments (10 months) | 30 | 60 | 90+ | Last 10 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

OK OK OK OK OK OK OK OK OK OK
dec nov oct sep aug jul jun may apr mar

---

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**GEMB/LOWES**
P O BOX 981400
EL PASO, TX 79998
(800) 444-1408
Requested On: 07/25/2009   Inquiry Type: INDIVIDUAL

**CIRRO ENERGY**
501 W PRES GEORGE
SUITE 350
RICHARDSON, TX 75080
(972) 731-9800
Requested On: 09/12/2007   Inquiry Type: INDIVIDUAL

---

To dispute online go to: http://transunion.com/disputeonline

**FERGUSON - 4**

Consumer Credit Report for RANDALL R. FERGUSON

File Number: 209697164
Page: 5 of 6
Date Issued: 08/03/2009

**TransUnion.**

**CIRRO ENERGY**
501 W GEORGE BUSH
SUITE 350
RICHARDSON, TX 75080
(972) 731-9800
Requested On: 09/11/2007 Inquiry Type: INDIVIDUAL

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries, where permitted by law).

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 07/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 05/2009

**CHASE BANK DEPOSIT**
1111 POLARIS PARKW
PO BOX 901008
COLUMBUS, OH 43271
Phone number not available
Requested On: 03/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 02/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 12/2008

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 10/2008

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 08/2008

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 06/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 04/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 03/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 01/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 11/2008

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 09/2008

**NATIONWIDE INSURANCE CO**
1 NATIONWIDE PLZ
COLUMBUS, OH 43215-2220
(800) 882-2822
Requested On: 08/2008
Permissible Purpose: INSURANCE UNDERWRITING

**NATIONWIDE INSURANCE CO**
1 NATIONWIDE PLZ
COLUMBUS, OH 43215-2220
(800) 882-2822
Requested On: 08/2007
Permissible Purpose: INSURANCE UNDERWRITING

Consumer Credit Report for RANDALL R. FERGUSON

File Number:   209697164
Page:   6 of 6
Date Issued:   08/03/2009

## Special Messages

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion.
(Note: This statement has no expiration date.)

**OTHER MESSAGES:** INPUT SSN HAS BEEN USED (003) TIMES IN THE LAST (30) DAYS ON DIFFERENT INQUIRIES

## Should you wish to initiate an investigation, you may do so,

**At our web site:**
http://transunion.com/disputeonline

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

**To dispute online go to:** http://transunion.com/disputeonline

**FERGUSON - 6**
P 0UC48-002 02673-I03207;

# EXHIBIT 4

```
LOC: 03                                          TRANS UNION CORPORATION                    DATE: 08/12/09    TIME: 06:03
PFT-ID: KKCGI500-1                                CONSUMER RELATIONS                                           PAGE:24450
                                       ACDV4 RESPONSES THAT WERE AUTO UPDATED
```

DEPT: N
SUBSCRIBER RESPONSE DATE: 08/11/09        CONTROL: 209697164 003 01       MA/SM: 0103   SUB LOC: 001
COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 09/06/09     DATE ENTERED: 08/11/09    DATE RECD: 08/10/09

                                       VERF  SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:

NAME: FERGUSON, RANDALL R          NAME:
AKA:                               AKA:
ADDR: 7711  OCONNOR DR 206         ADDR:
      ROUND ROCK, TX 78681
PREV: 8018 OAKWOOD BEND DR         PREV:
      HOUSTON, TX 77040

                                   SSN:
SSN:                               DOB:
DOB: 06                            PHONE:
PHONE:
        3529

CONSUMER     Disputes Special Comment/Compliance Cond Code/Narrative Remarks, Verify Spec Comment, Compliance Cond Code,
STATES       Included in B/rptcy of another person. Verify ECOA Code, Consumer Info Indicator, Acct Status and Current Balance.
COMMENTS

VERIFIED   SUBSCRIBER NAME   ACCOUNT NUMBER   SUB-CODE   OPENED  VER'D   BAL-OWING   PAST DUE   HIGH CRDT   PAYMENT     TP-ACCT   MOP
AS         TYPE LOAN         CREDIT LIMIT     COLLATERAL          TERMS  LAST PYMT   DT 1ST DEL             HISTORY               ECOA
REPORTED:                                                                SP.COMMENTS/STATUS/REMARKS       METRO2 FORMAT

           Wells Fargo Bank-   908N743          -        08/04   04/09     $0         $0       $16500   DDDDD00000000000    I    01
           001                                           060M315                              CLOSED   000000000000000          C
           NOTE LOAN                                     DM - BANKRUPTCY DISMISSED   03/05   04/09   000000000000000
                                                                                                     000000000000000

                                                                     04/09         04/09  PAY PATTERN START DATE: 03/09
                                                         04/09

                                                                              PAY PATTERN START DATE: 04/09
                                                                                                               DDDD           01

                                     PAY PATTERN START DATE: 04/09

CONSUMER STATEMENT:

AUTHORIZED PHONE/NAME: 505-858-4207    -    Eddie Duran

RESPONSE CODES:   02 MODIFY ACCOUNT INFORMATION AS INDICATED

          ACCT       PAYMENT    SPECIAL      COMPLIANCE     CONSUMER        MOP    REMARKS
          STATUS     RATING     COMMENT CD   CONDITION CD   INFORMATION IND CODE   CODE
SENT:       11         0           -                            I           01     DM
RECEIVED:   13                                                              01     DM

VERIFICATION FLAGS    FIRST    MIDDLE   LAST    PREFIX    RESULT
                      NAME     NAME     NAME    SUFFIX

FERGUSON - 34

# EXHIBIT 5

# 2009
# Credit Reporting
# Resource Guide

CREDIT REPORTING RESOURCE GUIDE

*Copyright 2009 © Consumer Data Industry Association, Inc.*

**WFB 000569**

# Field Definitions

## Base Segment

| FIELD | FIELD NAME & DESCRIPTION | 366 BASE (Packed Format) | | | 426 BASE (Character Format) | | |
|---|---|---|---|---|---|---|---|
| | | Length | Position | Recording Technique | Length | Position | Recording Technique |
| 38 | **Consumer Information Indicator**<br><br>Contains a value that indicates a special condition of the account that applies to the primary consumer.<br><br>This special condition may be that a bankruptcy was filed, discharged, dismissed or withdrawn; a debt was reaffirmed; or the consumer cannot be located or is now located.<br><br>The indicator should be reported one time and will be deleted only when the appropriate removal code (Q, S, U) is reported.<br><br>Exhibit 10 provides a list of Consumer Information Indicators and examples that demonstrate how to report these codes.<br><br>For reporting guidelines for accounts in bankruptcy, refer to Frequently Asked Questions 26 through 32.<br><br>**Notes: Do not report a bankruptcy indicator if your account is not included in the bankruptcy.**<br><br>**When converting from Metro to Metro 2, it is necessary to report the applicable Consumer Information Indicator on your first Metro 2 submission, even if you had reported this information through an Account Status Code or Special Comment Code on your last Metro submission.** | 2 | 266-267 | AN | 2 | 326-327 | AN |
| 39 | **Country Code**<br>Contains the standard two-character country abbreviation.<br><br>Exhibit 11 provides a list of the Country Codes. | 2 | 268-269 | AN | 2 | 328-329 | AN |

# Exhibit 8

# Compliance Condition Codes

The Compliance Condition Code (CCC), which is reported in Field 20 of the Base Segment, allows the reporting of a condition that is required for legal compliance; e.g., according to the Fair Credit Reporting Act (FCRA) or Fair Credit Billing Act (FCBA).

Report the following values:

| Code | Description |
|------|-------------|
| Blank | Retains previously reported value, or no new Compliance Condition Code applies for this activity period |
| XA | Account closed at consumer's request |
| XB | Account information disputed by consumer under the Fair Credit Reporting Act |
| XC | Completed investigation of FCRA dispute — consumer disagrees |
| XD | Account closed at consumer's request and in dispute under FCRA |
| XE | Account closed at consumer's request and dispute investigation completed, consumer disagrees. (To be used for FCRA or FCBA disputes) |
| XF | Account in dispute under Fair Credit Billing Act |
| XG | FCBA Dispute resolved — consumer disagrees |
| XH | Account previously in dispute — now resolved, reported by data furnisher (To be used for FCRA or FCBA disputes) |
| XJ | Account closed at consumer's request and in dispute under FCBA |
| XR | Removes the most recently reported Compliance Condition Code **Note: Do not use XR as a default value.  If no Compliance Condition Code applies in the current activity period, blank fill this field.** |

**Note: The Compliance Condition Code for an account in dispute only needs to be reported when the consumer disputes the account directly with the data furnisher.**

The code should be reported one time and will be deleted only when another Compliance Condition Code or the **XR** (Remove value) is reported.  Example:

| Date of Account Information | CCC | Action |
|------|------|--------|
| 03/15/2009 | XB | XB is added to file. |
| 04/15/2009 | Blank | XB is retained. |
| 05/15/2009 | Blank | XB is retained. |
| 06/15/2009 | Blank | XB is retained. |
| 07/15/2009 | XC | XB is replaced with XC. |
| 08/15/2009 | Blank | XC is retained. |
| 09/15/2009 | XR | XC is removed. |

**Note:  When converting from Metro to Metro 2, it is necessary to report the applicable Compliance Condition Code on your first Metro 2 submission, even if you had reported this information through a Special Comment on your last Metro submission.**

*Copyright 2009 © Consumer Data Industry Association*
**WFB  000692**

# Exhibit 10

# Consumer Information Indicators

| Code | Description |
|------|-------------|
|  |  |
| R | Reaffirmation of Debt |
| V | Chapter 7 Reaffirmation of Debt Rescinded |
| W | Chapter 11 Reaffirmation of Debt Rescinded |
| X | Chapter 12 Reaffirmation of Debt Rescinded |
| Y | Chapter 13 Reaffirmation of Debt Rescinded |
| 2A | Lease Assumption |
| S | Removes previously reported Reaffirmation of Debt, Reaffirmation of Debt Rescinded and Lease Assumption Indicators (R, V, W, X, Y, 2A)<br><br>**Note: Do not report S as a default value. If no new CII applies in the current activity period, blank fill this field.** |
|  |  |
| T | Credit Grantor Cannot Locate Consumer |
| U | Consumer Now Located (Removes previously reported T Indicator)<br><br>**Note: Do not report U as a default value. If no new CII applies in the current activity period, blank fill this field.** |

**Note:** **When converting from Metro to Metro 2, it is necessary to report the applicable Consumer Information Indicator on your first Metro 2 submission, even if you had reported this information through an Account Status Code or Special Comment Code on your last Metro submission.**

**Examples of reporting Consumer Information Indicators:**

**Example 1:**

| Date of Account Information | CII | Action |
|-----------------------------|-----|--------|
| 03/15/2009 | A | A is added to file. |
| 04/15/2009 | Blank | A is retained. |
| 05/15/2009 | E | A is replaced with E. |
| 06/15/2009 | Blank | E is retained. |

**Example 2:**

| Date of Account Information | CII | Action |
|-----------------------------|-----|--------|
| 03/15/2009 | D | D is added to file. |
| 04/15/2009 | Blank | D is retained. |
| 05/15/2009 | Blank | D is retained. |
| 06/15/2009 | Q | D is removed. |

**Note:** The removal value **Q** is used to remove the **D**, which in this case, was reported in error.

WFB 000703

# EXHIBIT 6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| **RANDALL FERGUSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:11-cv-02043-PA-SH** |
| | ) | |
| **v.** | ) | **EXPERT REPORT** |
| | ) | **EVAN HENDRICKS** |
| **WELLS FARGO BANK, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

1.  I make this declaration as an expert in the field of credit reporting and the field of privacy, a field in which I have worked for 34 years. (See my CV attached as Exhibit 1.) As an expert who has testified in federal and state courts on numerous occasions, the opinions in this declaration are expressed with a reasonable degree of professional certainty. If called as a witness, I would truthfully and competently testify to the following:

2.  I have conducted an extensive review of the evidence in this case, including the complaint, Declarations of Paula Everett, Eddie Duran and John Ulzheimer, the CDIA's "Credit Reporting Resource Guide," Wells' internal documents, documents produced by Plaintiff, ACDVs, AUD, and both parties' Responses to Interrogatories.

3.  To sum up my opinion in this case: Wells failed to follow the industry standard that is designed to implement the FCRA's requirement under 15 U.S.C. § 1681s-2(b)(1)(E) – namely that a Furnisher like Wells Fargo ("Wells") must affirmatively instruct a CRA like TransUnion ("TU") to delete disputed information in a consumer's file once the Furnisher discovers the disputed information is inaccurate. Following the long-standing, clear and simple industry standard required that Wells affirmatively use Metro-2's "Q" Code to remove from Mr. Ferguson's file the "I" Code that was wrongly associating him with a bankruptcy. But Wells failed to do this, and then again failed to do it in response to a second dispute only a week after it knew or should have known that its response to Mr. Ferguson's first dispute failed to instruct TU to delete the erroneous bankruptcy notation.

4.  Under the FCRA, upon receiving a consumer's dispute from a CRA, a Furnishers has five Duties that are clearly enumerated. This case concerns the fifth duty denoted by the letter "(E)," which states:

> (E) if an item of information disputed by a consumer is found to be inaccurate or incomplete or cannot be verified after any reinvestigation under paragraph (1), for purposes of reporting to a consumer reporting agency only, as appropriate, based on the results of the reinvestigation promptly–

1

(i) modify that item of information;
(ii) delete that item of information; or
(iii) permanently block the reporting of that item of information.

5. Because Wells' investigation concluded that Mr. Ferguson never had been in bankruptcy, the proper step for it would have been to instruct TU to delete the incorrect CII indicator "I," which wrongly portrayed Mr. Ferguson as having been in bankruptcy.

6. For Wells to do this, it was necessary that it know how to properly use a credit reporting system that it had been using for decades prior to its failings in Mr. Ferguson's case. For Wells to properly use the credit reporting system, it needed to pay sufficient regard to the standard industry practices, as clearly described in the "Credit Reporting Resource Guide," (2009 Version) published and updated by the credit reporting industry trade association, the Consumer Data Industry Association ("CDIA").

7. Importantly, the "Credit Reporting Resource Guide" is the sole manual articulating the industry standards for both CRAs like TU and Furnishers like Wells, which use the credit reporting system, specifically the Metro 2 reporting system and the E-Oscar system for deleting, correcting or modifying information in consumer reports. The overwhelming majority of major Furnishers like Wells rely on the CDIA's Guide, as well as the CDIA's training seminars and Webinars, to know how to use the credit reporting system.

8. It also must be remembered that Wells has had the CDIA's "Credit Reporting Resource Guide" in its possession for decades.

9. The instructions for deleting an erroneous bankruptcy, as indicated the by CII "I" code, are simple, straightforward and clear. They make clear that a CII code denoting a highly damaging bankruptcy will only be deleted from a consumer's file "only when the appropriate removal code (Q, S, U) is reported." (Sec 4-22 Bates 638)

10. The CDIA Guide further specifies what a Furnisher like Wells must do in "Exhibit 10," which "provides a list of Consumer Information Indicators and examples that demonstrate how to report these codes."

11. First, Exhibit 10 specifies that the "I" code denotes a "Chapter 7 Bankruptcy Dismissed."

12. Second, **and most importantly for the purposes of Mr. Ferguson's case, Exhibit 10 specifies that the "Q" code "Removes previously reported Bankruptcy Indicator (A through P and Z) or Personal Receivership Indicator (1A)."** (Sec 4-22 Bates 638)

13. The CDIA Guide gives specific examples relevant to the case. The proper use of the "Q" Code is shown on Exhibit 2 attached hereto, an ACDV from a different matter involving a consumer from Maine and Bank of America.

2

14. For instance, if one of the letters (i.e., A-P or Z) on the CII code menu exists in the consumer's file, and the Furnisher leaves the CII field "Blank," then the existing CII code (i.e., A-P or Z) "**is retained**." [Emphasis added.] (Sec 5-38 Bates 703)

15. The CDIA Guide also specifies that if the CII code "A" exists in the consumer's file and the Furnisher leaves the CII field "Blank," then the existing CII code "A" "**is retained**." [Emphasis added.] (Sec 5-38 Bates 703)

16. The CDIA Guide also specifies that if the CII code "D" exists in the consumer's file and the Furnisher leaves the CII field "Blank," then the existing CII code "D" "**is retained**." [Emphasis added.] (Sec 5-38 Bates 703)

17. Finally, it specifies that if the CII code "D" exists in the consumer's file and the Furnisher inserts the code "Q" in the CII field, then the existing CII code "D" "**is removed**." [Emphasis added.] (Sec 5-38 Bates 703)

18. It further specifies: "**The** removal **value Q is used to** remove **the D, which in this case, was reported in error**." [Emphasis added.] (Sec 5-38 Bates 703)

19. Further, the CDIA Guide instructs Furnishers like Wells,

> Do not report a bankruptcy indicator if your account is not included in the bankruptcy. When converting from Metro to Metro 2, it is necessary to report the applicable Consumer Information Indicator on your first Metro 2 submission, even if you had reported this information through an Account Status Code or Special Comment Code on your last Metro submission (Sec 4-22 Bates 638)

> …The indicator should be reported one time and will be deleted only when the appropriate removal code (Q, S, U) is reported. (Sec 4-22 Bates 638)

20. Thus, the CDIA Guide makes it clear that a Furnisher like Wells has to affirmatively insert the "Q" code to remove a CII code.

21. Despite these clear instructions, Wells Fargo testified that even though it agreed with Mr. Ferguson's dispute that there should not be any reference to a bankruptcy in his TU file, it "responded to TransUnion by requesting that the CII field be left 'blank' as I understood the METRO-2 format to require in order to segregate a non-bankrupt debtor from a bankrupt debtor's account. By marking the CII field blank in response to TransUnion's ACDV where TransUnion marked the field with a bankruptcy code, it was my intention to follow the METRO-2 guidelines and to segregate the Customer's non-bankrupt account from the bankrupt account of his co-debtor." [Declaration of Eddie Duran]

22. Thus, Wells Fargo disregarded its specific FCRA "(E)" duty, and disregarded the industry standard as embodied in the CDIA Guide's specific instructions as to how a Furnisher like Wells can easily fulfill that duty. In my opinion, Wells' "intentions" do not justify its failure

to live up to its duties under the FCRA or its disregard of a clear, simple and straightforward
industry standard for easily fulfilling its duty.

23. Moreover, when a second dispute regarding the same account and bankruptcy notation
came in about a week later, Wells again merely instructed TU to leave the CII field blank. Thus,
it not only disregarded its specific FCRA "(E)" duty, and disregarded the industry standard as
embodied in the CDIA Guide's specific instructions as to how a Furnisher like Wells can easily
fulfill that duty, but it also flagrantly and irresponsibly disregarded the fact that the same steps it
took only a week early did not communicate to TU that the "I" code was to be removed.

24. Wells filed a second affidavit, but essentially repeated that it not only disregarded its
specific FCRA "(E)" duty, and disregarded the industry standard as embodied in the CDIA
Guide's specific instructions as to how a Furnisher like Wells can easily fulfill that duty, but it
also unjustifiably and improperly disregarded the fact that the same steps it took before did not
communicate to TU that the "I" code was to be removed. [Declaration of Paula Everett]

25. Wells' expert, John Ulzheimer, opines that Wells conducted a "reasonable investigation"
in response to all three of Mr. Ferguson's disputes, which presumably concerns Wells' duty
under 15 U.S.C. § 1681s-2(b)(1)(A). But Mr. Ulzheimer fails to address the central issue in this
case, namely, did Wells live up to its duty under "(E)" to instruct TU to delete the CII code
referencing bankruptcy once discovered that it should not have been in Mr. Ferguson's file.

26. It is not surprising then that while Mr. Ulzheimer references to the CDIA Guide, he fails
to mention the relevant portion of the Guide that is discussed above – namely, that a Furnisher
like Wells has to affirmatively insert the "Q" code to remove a CII code like the "I" Code at
issue in this case.

27. Given that Wells did not instruct TU to delete the erroneous bankruptcy "I" Code in
Mr. Ferguson's file, and that Wells and Mr. Ulzheimer were both silent on the important role of
the "Q" Code, it is difficult on one level to understand how Mr. Ulzheimer came to the
conclusion that "...it appears that Wells complied with its obligations under the FCRA vis-à-vis
its re-investigation of the Plaintiff's various disputes."

28. On the other hand, when viewing Mr. Ulzheimer's statement in context, it becomes more
understandable. For he said he came to that conclusion "Based on my understanding of the
FCRA, METRO-2 ..." As his Declaration demonstrates, Mr. Ulzheimer's either misunderstands
both the FCRA and METRO-2, or what understanding he does have is incomplete with regard to
the relevant issues in Mr. Ferguson's case.

29. I also disagree with Mr. Ulzheimer's opinion that Wells was correct in *not* notating
Mr. Ferguson's account with the "XB" Code to show that it was "disputed by consumer."
The "XB" Code corresponds with a Furnisher's duty to so notate the account after the consumer
disputes its accuracy or completeness with the Furnisher. [U.S.C. § 1681s-2(a)(3)][1]. In this case,

---

[1] *Duty to provide notice of dispute.* If the completeness or accuracy of any information furnished by any person to
any consumer reporting agency is disputed to such person by a consumer, the person may not furnish the
information to any consumer reporting agency without notice that such information is disputed by the consumer.

there is no doubt that Mr. Ferguson properly disputed the Wells bankruptcy, and that Wells knew, regardless of its intentions, that its actions, failed to correct the inaccurate bankruptcy remark.

30. Mr. Ulzheimer's opinion is based at least in part on his faulty assumption that Wells "resolved the dispute in the consumer's favor." But the evidence in this case makes clear that Wells did not "resolve the dispute in the consumer's favor" because it failed to live up to its "(E)" obligation to instruct TU to delete the CII Code denoting bankruptcy once Wells discovered it was inaccurate.

31. As set forth in my CV (Exhibit 1), my compensation in this case is $300 per hour. I expended roughly 11 & 2/3rds hours preparing this report.

I declare that the foregoing is true and correct.
Executed this 23rd day of November 2011, at Bethesda, Maryland.

_____/s/ Evan D. Hendricks_____

Evan D. Hendricks
P.O. Box 302
Cabin John, MD  20818
(301) 229-7002

5

# EXHIBIT 1

# Evan D. Hendricks

### CURRICULUM VITAE

## Professional Activities

1981- Present     **Editor/Publisher** of *Privacy Times*

   Since 1981, I have been Editor/Publisher of *Privacy Times*, a biweekly, Washington-based newsletter that reports on privacy and information law, including the Fair Credit Reporting Act (FCRA). The newsletter ranges from 8-12 pages, 23 issues per year. Thus, I have researched, written, edited and published many articles on Congressional and State legislative actions, judicial opinions, industry trends and actions, executive branch policies and consumer news as they related to the FCRA.

**1992 – Present     Expert Witness**

Qualified by the federal courts in FCRA and identity theft cases. (Complete list attached). I have read extensive deposition testimony by credit bureau and credit grantor personnel. This is significant because CRAs and credit grantors do not openly discuss or publish information on their procedures and practices for handling personal data, and the best (and possibly only) sources for finding candid descriptions of CRAs' and credit grantors' procedures and practices in relation to credit reporting data are the depositions of CRA and credit grantor employees in FCRA litigation.

**1998 – 2008     Privacy Expert Consultant, U.S. Social Security Administration**

Regularly review policies and practices in relation to the collection, use and disclosure of personal data and Social Security numbers and provide feedback and recommendations.

**2002 – 2004     Member, Experian Consumer Advisory Council**

Along with other Council members, I provide an outsider's view on credit reporting, marketing and other privacy issues.

**July – October 2002     Consultant to U.S. Postal Service**

Working with the USPS's Chief Privacy Officer, I assisted in reviewing and editing the re-write of the USPS's Privacy Act notices, with an emphasis on "Plain English."

---

**Evan Hendricks     P.O. Box 302     Cabin John, MD 20818**
**(301) 229 7002  (301) 229 8011 [fax]  evan@privacytimes.com**

---

**Recent Testimony Before Congress & The FTC**

"Keeping Score on Credit Scores: An Overview of Credit Scores, Credit Reports and their Impact on Consumers," House Financial Services Committee, Subcommittee on Financial Institutions and Consumer Credit Hearing, March 24, 2010.[1]

"What Borrowers Need to Know About Credit Scoring Models and Credit Scores," House Financial Services Subcommittee on Oversight, July 29, 2008.[2]

"Credit Reports: Consumers' Ability to Dispute and Change Information," House Financial Services Committee, June 19, 2007.[3]

"Privacy in the Commercial World II," House Energy & Commerce Subcommittee On Commerce, Trade, and Consumer Protection, June 20, 2006[4]

"Financial Data Protection Act of 2005," House Financial Services Subcommittee on Financial Institutions and Consumer Credit, November 9, 2005[5]

"Credit Card Data Processing: How Secure Is It?" House Financial Services Subcommittee on Oversight and Investigations, July 21, 2005[6]

"Identity Theft: Recent Developments Involving the Security of Sensitive Consumer Information,"[7] Senate Banking Committee, March 15, 2005

"The Accuracy of Credit Report Information and the Fair Credit Reporting Act;" Senate Banking Committee, July 10, 2003[8]

"The Role of FCRA in the Credit Granting Process," House Financial Services Subcommittee on Financial Institutions & Consumer Credit, June 12, 2003[9]

"Database Security: Finding Out When Your Information Has Been Compromised," Senate Judiciary Subcommittee on Technology, Terrorism and Government Information, Nov. 4, 2003[10]

"Fighting Fraud: Improving Information Security," House Financial Services Subcommittee on Financial Institutions & Consumer Credit, and Oversight, April 3, 2003[11]

---

[1] http://www.house.gov/apps/list/hearing/financialsvcs_dem/fihrn_03242010.shtml
[2] http://www.house.gov/apps/list/hearing/financialsvcs_dem/hr072908.shtml
[3] www.house.gov/apps/list/hearing/financialsvcs_dem/ht061907.shtml
[4] http://archives.energycommerce.house.gov/reparchives/108/Hearings/06202006hearing1938/hearing.htm
[5] http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=425.html
[6] http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=407.html
[7] http://banking.senate.gov/public/index.cfm?FuseAction=Hearings.Hearing&Hearing_ID=7f294169-4375-4e9e-8e29-f418b82e7f4b
[8] http://banking.senate.gov/03_07hrg/071003/index.htm
[9] http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=229.html
[10] http://judiciary.senate.gov/hearings/testimony.cfm?id=983&wit_id=2790
[11] http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=202.html

"Information Flows: The Costs and Benefits to Consumers and Businesses of The Collection and Use of Consumer Information," Federal Trade Commission, National Workshop, June 18, 2003

**Books**

Credit Scores and Credit Reports: How The System Really Works, What You Can Do [3rd Edition] (Privacy Times, 2007)

Your Right To Privacy: A Basic Guide To Legal Rights In An Information Society (2nd Edition, Southern Illinois University Press, 1990), (Includes a chapter on credit reporting)

Former Secrets: Government Records Made Public Through The Freedom of Information Act (Campaign For Political Rights, 1982)

**International Lectures**

24th International Conference of Data Protection & Privacy Commissioners (Cardiff, Wales – Presentation published in conference proceedings, 2002)

The 23rd International Conference of Data Protection Commissioners (Paris, La Sorbonne – Presentation published in conference proceedings, 2001)

The 22nd Annual Conference on Data Protection (Venice, Italy -- 2000)

The 16th Annual Conference on Data Protection (The Hague, The Netherlands -- 1994).

In the 1980s, served as an expert consultant to both the Privacy Commissioner of Canada and Privacy Commissioner of Australia.

**Presentations/Instruction At Recent CLE & Professional Seminars**

"Key Privacy Statutes - FCRA and Background Check Problems," Conference on Effective Consumer Privacy Enforcement, Univ. of California-Berkeley Samuelson Law, Technology & Public Policy Clinic. Oct. 13-14, 2011. Berkeley, Calif.

"Annual FCRA Conference," National Association of Consumer Advocates. May 20-21, 2011.  Memphis, Tenn.

"91st Annual New York Meeting," Commercial Law League of America (CLLA) November 12, 2010

"2010 NCLC Consumer Rights Litigation Conference," National Consumer Law Center. November 13, 2010.  Boston, Mass.

"26th Annual Consumer Bankruptcy Course," State Bar of Texas. June 3, 2010. Dallas.

"Consumer Protection Law Comm. Representing Main Street: A Consumer Law Primer"
Florida Bar Association; June 26, 2009. Orlando.

"Second Law and Information Society Symposium: Enforcement, Compliance and Remedies in
the Information Society," Presenter, "Credit Report Cases – Effective Remedies?" Center on
Law and Information Policy (CLIP), Fordham Law School, New York, May 29-30, 2008.)[12]

"The 1st Annual Privacy Law Scholars Conference," Presenter, "Assessing Privacy Harm: How
can victims of privacy violations prove that they have been harmed? The George Washington
University Law School, Washington, DC, June 12-13, 2008.[13]

"11th Annual Consumer Financial Services Litigation," Practicing Law Institute, March 20-21,
2006 (New York City)

"Bankruptcy Roundtable," and, "Fair Credit Reporting Act Roundtable," National Consumer
Law Center, October 27, 2005

"Advanced Consumer Litigation," Texas Bar CLE, Feb. 10-11, 2005

"Financial Privacy Litigation," (Impact of FACT Act), Practicing Law Institute,
February 28- March 1, 2005 (New York City)

"The New FACT Act: Challenge & Oppty.," Privacy & American Business, Feb. 9-10, 2004

"Understanding the FACT Act And The Impact of Multi-Agency Rulewriting Process,"
Glasser LegalWorks, Sept. 28-29. 2004

"12[th] Annual National Conference," National Credit Reporting Association, Nov. 10-12, 2004

**Professional Societies**

Past President & Board Member, American Society of Access Professionals www.accesspro.org

**Industry Certification**

FCRA Certification, National Credit Reporting Association (www.ncrainc.org).

**Media**

In addition to being a paid consultant and special guest on CNN's IMPACT news in 1996,
I am quoted regularly by major and small newspapers (including The Washington Post, New
York Times, Wall Street Journal, Chicago Tribune, Los Angeles Times, Newsweek and Money
Magazine), regarding issues of privacy generally and the privacy implications of consumer

---

[12] http://law.fordham.edu/ihtml/eventitemPP.ihtml?id=37&idc=8943&template=clip
[13] http://privacyscholars.com

4

reporting specifically. I have appeared on National Public Radio, PBS NewsHour with Jim
Lehrer, ABC Nightline and World News Tonight, NBC Nightly News, CBS Evening News,
CNN News Watch, CNBC, MSNBC, Fox News, various local affiliates, and the Oprah Winfrey
Show and Geraldo, regarding these issues as well.

**Education**

Bachelor of Arts, Columbia College, Columbia University, New York, N.Y. (1979)

### Testimony & Expert Reports

Within recent years, I have testified at trial, or been deposed as an expert, in the following cases:

Andrews v. Trans Union Corp. et al., Case No. 96-7369, (USDC-C.D. Calif.), concerning theft-of-identity and consumer report inaccuracies. Expert report, deposition, trial testimony. Judge Lourdes Baird presiding. The U.S. Court of Appeals for the Ninth Circuit specifically found that my opinion on the prevalence of identity theft was relevant to the reasonableness of CRA procedures. (see 225 F.3d 1063 (2000)).

Angela P. Williams vs. Equifax Information Services, LLC, et al., Circuit Court for the Ninth Judicial Circuit, Orange County Florida. Credit Reporting. Expert disclosure and report. Deposition. Trial Testimony. Judge George A. Sprinkel IV presiding.

Eric Robert Drew vs. Equifax Information Services, LLC, et al., U.S. District Court for the Northern District of California , Case No. CV 07-00726-SI. Expert report, Deposition, Trial Testimony. Judge Susan Illston presiding.

Direct Data Solutions, Inc., v. Bailey & Associates Advertising, Inc.: Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida; Case No.: 07-9322 CA 09. Judge Jerald Bagley presiding.

Brenda F. Campbell v. Experian: U.S. District Court for the Western District of Missouri (No. 07-2514). FCRA. Expert report, deposition. Trial Testimony. Judge Nanette K. Laughrey presiding.

Harold & Beryllin Gamby v. Equifax Information Services, et al.: U.S. District Court for the Eastern District of Michigan [Southern Div.] (CV-06-11020-MO). FCRA, identity theft. Expert report. Deposition. Trial Testimony. Judge Marianne O. Battani presiding.

Deborah Adams v. National Engineering Service Corp./Verifications Inc.: U.S. District Court for the District of Connecticut. 3:07-cv-01035-JCH. FCRA. Expert report, deposition. Trial Testimony. Judge Warren W. Eginton presiding.

Rebecca L. Valentine. v. Equifax Credit Information Services, et al.: U.S. District Court for the District of Oregon; No. CV 05-801-JO. FCRA, identity theft. Expert report. Deposition. Trial Testimony. Judge Robert E. Jones presiding.

Nicole Robinson vs. Equifax Information Services, LLC, et al., U.S. District Court for the Eastern District of Virginia (Alexandria Div.), Case No. CIV 1:05 cv 1272. Expert reports. Deposition. Trial Testimony Judge Walter H. Rice presiding.

Suzanne Sloane vs. Equifax Information Services, LLC, et al., U.S. District Court for the Eastern District of Virginia (Alexandria Div.), Case No. CIV 1:05 cv 1272. Expert reports. Deposition. Trial Testimony Judge Leonie M. Brinkema presiding.

Matthew Kirkpatrick v. Equifax, LLC,  U.S. District Court for District of Oregon, (Slip. Op. CV-02-1197-MO.   FCRA   Expert report. Trial Testimony. Judge Michael W. Mosman presiding.

Sandra Cortez vs. Trans Union, LLC.,  U.S. District Court for the Eastern District of Pennsylvania: No. 2:05 –cv—05684-JF.   FCRA.   Expert Report. Daubert Hearing. Trial Testimony.  Senior Judge John P. Fullam qualified me to testify at trial.

Patricia Holmes vs. TeleCheck Intl., Inc.,  U.S. District Court for the Middle District of Tennessee (Nashville Div.).  FCRA. Expert report. Deposition. Trial Testimony.  Chief District Judge Todd J. Campbell presiding.

Tracy Terry v. Cheryl Shepard, Eve Shepard, Frank Ferro, and STAR Consulting, LLC, CAL08-03428 -- In the Circuit Court for Prince George's County, Maryland, Michele D. Hotten, Associate Judge presiding.  Breach of contract. Damage to credit. Trial testimony.  September 22, 2009.

Federal Trade Commission vs. Accusearch, Inc., et al., U.S. District Court for the District of Wyoming, Case No. 06CV0105-D.  FTC Section 5.  Expert Report.  U.S. Magistrate Judge William C. Beaman rejected Defendant's motion to exclude my testimony.

Eddie Silva, et al. v. Haynes Furniture Co., Inc.: U.S. District Court for the Eastern District of Virginia:  No. 4:04CV82. FCRA.  Fairness hearing testimony. Judge Walter D. Kelley, Jr. presiding.

Joi Helmes v. Wachovia Bank N.A.:  U.S. Bankruptcy Court for the Eastern District of Virginia (Alexandria), Case No: 01-81277-RGM, Chapter 7. Post-bankruptcy credit reporting. Expert report. Deposition. Trial Testimony.  Judge Robert G. Mayer presiding.

Alex Campos and Michael York v. ChoicePoint Services, Inc.: U.S. District Court for the District of Georgia (Atlanta), Civ. Action No. 1-03-CV-3577-WSD. FCRA. Expert Declaration. Fairness hearing testimony. Judge William S. Duffey, Jr. presiding.

Denis W. Stasulis v. Suntrust:  U.S. Bankruptcy Court for the Eastern District of Virginia (Alexandria), Case No: 04-12542-RGM, Chapter 7. Post-bankruptcy credit reporting. Expert report. Deposition. Trial Testimony.  Judge Robert G. Mayer presiding.

Dwaine Perry, et al. v. FleetBoston Financial Corp.: U.S. District Court for the Eastern District of Pennsylvania: No. 04-507. FCRA. Expert Report.  Fairness hearing testimony.  Judge Berle M. Schiller presiding.

Tammy Cochran v. C&M Motors, LLC, dba I-10 Toyota, et al: U.S. District Court for the Central District of California, No. CV-03-3568FMC. FCRA. Expert Report. Trial Testimony Judge Florence-Marie Cooper presiding.

Myra Coleman v. Trans Union LLC, CA4: 98-CV-169B-B (USDC-Mississippi) FCRA. Expert report, deposition, trial testimony.  Judge Neal B. Biggers presiding.

Arthur Spengler v. Sears Roebuck & Co., Case No. C-03-0557. (Circuit Court, Wicomico County, Maryland). Tort, Interference with Business Relationships. Trial Testimony. Judge D. Davis qualified me as expert on credit scoring, credit reporting and FCRA-related issues.

Judy C. Thomas v. Trans Union LLC, U.S. District Court for the District of Oregon; Case No. 00-1150-JE.  FCRA. Expert report, deposition, trial testimony.  Magistrate Judge John Jelderks presiding.

Scott E. Campbell v. G.E. Capital Auto Lease, Circuit Court For St. Mary's County, Maryland, Case No. 99-522. FCRA, invasion of privacy. Expert report, deposition. Judge Karen Abrams qualified me to testify, but the case settled one week before trial.

Franklin F. Grizzard, Jr.  v. Trans Union, L.L.C., & Equifax Information Services L.L.C., et al.: U.S. District Court for the District of Virginia (Richmond Div.); Nos. 04-CV-625 & 04-CV-626, respectively. Expert report. Affidavit. Deposition.  On the eve of trial, Judge Richard Williams rejected Defendant's motion to disqualify me.  The case settled shortly thereafter.

Catherine Smith, et al. v. Progressive Corporation, et al.: U.S. District Court for the Middle District of Florida (Gainesville), Case No.1:00-CV-210-MMP. Expert Report, Declaration of Value, Fairness Hearing testimony.  Judge Maurice M. Paul presiding.

Franklin E. Clark, et al. v. Experian, et al.: U.S. District Court for the District of South Carolina, Case Nos. 8:00-1217-22, 8:00-1218-22, 8:00-1219-22.  Affidavit, Supplemental Affidavit (both affidavits were admitted into evidence without objection). Judge Cameron McGowan Currie presiding.

Maria Pintos v. Pacific Creditors Assoc., et al.:  U.S. District Court for the Northern District of California [Oakland Div.]  C 03-5471 CW. Expert report. Deposition.

Marie Ann Fuges v. Southwest Financial Services, LTD: U.S. District Court for the Eastern District of Pennsylvania (No 09-699).  Expert report. Deposition.

Alisha Wilkes v. Experian Information Solutions, et al.: U.S. District Court for the Eastern District of Virginia (CV- 1:10-cv-01160-CMH -TRJ).  Expert report. Deposition.

Serena Beachley v. PNC Bank N.A..: U.S. District Court for the District of Maryland [Northern Div., Case No. CCB-10-1774. Expert report. Deposition.

In re: Pammalla Shannon Uplinger v. Rees Broome, P.C,.: U.S. Bankruptcy Court for the Eastern District of Virginia (Alexandria Div.); Case No. 90-13129-RGM. Expert report. Deposition.

Jose Soto v. Capital One Auto Finance, et al.: U.S. District Court for the District of Western Washington (2:08-cv-01838-RSM).  Expert report, deposition.

Terri N. White, Jose Hernandez, et al. v. Experian Information Solutions, et al.: USDC-Central Dist. Of California; Case No. 05-cv-1070- DOC (MLGx).  Declarations, Deposition.

Tara Andrews v. Equifax Information Solutions, Inc., et al.: U.S. District Court for the Western District of Washington; (No. 2:09–CV–00817–JJC).  Expert report. Deposition.

Michelle Jansen v. Equifax Credit Information Services, et al.: U.S. District Court for the District of Oregon; No. 05-CV 0385-BR.  Expert report. Deposition.

James Byrd v. TransUnion LLC, Experian Information Solutions, Inc., Equifax Credit Information Services, LLC: U.S. District Court for the District of South Carolina [Columbia Div.].  Expert report. Deposition.

David L. Jackson v. Trans Union, et al.: U.S. District Court for the District of Oregon. FCRA. No. CV-08-0060-MO. Expert report. Deposition.

Richard Chakejian  v. Equifax Information Services, LLC. : U.S. District Court for the Eastern District of Pennsylvania; No. 07-2211.  Bruce A. Summerfield  v. Equifax Information Services, LLC. : U.S. District Court for the District of New Jersey; No. 08-1450.   FCRA. Expert reports.  Consolidate deposition.

Marlos Uzzell v. Experian Information Systems, Trans Union, et al.: U.S. District Court for the Eastern District of Pennsylvania (No. 2:08-CV-02538-CMR). Expert report. Deposition.

Baxter Robinson v. Chase Mortgage Services, Inc., et al.: U.S. District Court for the District of South Carolina (Charleston Div.) (2:08-cv-02087-PMD).  Expert report, deposition.

Risa Joyce Deutsch v. Arrow Financial Services LLC, et al: U.S. District Court for Middle the District of Florida [Tampa]; No. 8:08-cv-01469. Damage to credit.  Expert report, deposition.

Michael D. Scott, et al. v. Graphic Center, CalPERS, et al.:  Superior Court of the State of California, County of Los Angeles.  Case No. BC390593397636.  Data breach. Declaration.

Christopher K. Jung v. Trans Union, et al.: U.S. District Court for the Eastern District of Pennsylvania (No. 07-2514). Expert report, deposition.

Robert Saindon v. Equifax Information Services, et al.: U.S. District Court for the Northern District of California (08-cv-01744 WHA).  Expert report, declaration. deposition.

Christina Lee v. TransUnion, et al.: U.S. District Court for the District of Oregon (CV-07-0998-MO). Expert report, deposition.

Emelia Pasternak v. TransUnion, et al.: U.S. District Court for the Northern District of California. Case No. 4:07-cv-04980-CW Expert report, deposition.

Stacy Fiano v. Experian Information Solutions, et al., U.S. District Circuit Court of the Southern District of Florida 9:08-cv-80555. Expert report, deposition.

Alana Valerie Sheldon v. Trans Union, LLC., LVNV Funding, LLC, & Resurgent Capital Services L.P.: U.S. District Court for the District of Maryland; 8:08-cv-00057-PJM. Expert report, deposition.

In Re: Cellphone Termination Fee Cases, Superior Court of the State of California, Alameda County, JCCP No. 4332. Deposition.

Karl Benedikt v. ChoicePoint, Inc.: U.S. District Court for the District of New Jersey [Newark Vicinage]; 07-2569. Expert report, deposition.

Abdirizak Gayre v. CSC Credit Services, Inc., Equifax Information Services, LLC, and Afni, Inc.: U.S. District Court for the District of Minnesota (C.A. No. 07-CV-0622 [JRT/FLN]). FCRA. Expert report, deposition.

Erin Ayles v. Experian Information Solutions, Inc.: U.S. District Court for the Eastern District of Virginia (Alexandria Division); 1:07cv 662. Expert report, deposition.

Maria D. v. Comcast Corp., Sacramento Superior Court, Case No. 03AS05745. Deposition.

Terri N. White, et al. v. Experian Information Solutions, Inc., U.S. Dist. Ct. Central Dist. Of Calif. – Case No. 05-cv-1070- DOC (MLGx); Lead Case. Expert declarations. Depositions.

In Re: Farmers Insurance Co., Inc., FCRA Litigation, U.S. District Court for the Western District of Oklahoma, Case No. CIV 03-158-F. FCRA. Expert report, deposition.

Steven E. Beck v. Equifax Information Services, et al.: U.S. District Court for the Eastern District of Virginia: No. 1-05cv347. FCRA. Expert report, deposition.

Mary Ann Whiteker, et al. v. Chase Bank, et al..

Ford Motor Credit Co. v. Sudesh Agrawal, Court of Common Pleas, Cuyahoga Country, Ohio; Case No. CV04536588. Credit reporting and credit scoring. Deposition.

Larry Alabran v. Capital One Services, Inc.,: U.S. District Court for the Eastern District of Virginia (Richmond Division); Case No. 3:04-CV-935. Expert report, deposition.

Gail Cope v. MBNA American Bank NA: U.S. District Court for the District of Oregon; No. 04-CV-493-JE. Expert report, deposition.

Robert Gordon Peoples v. Experian Services Corp., et al.: U.S. District Court for the Central District of California: No. CV-04-1378 CAS (Ex). Expert report. Deposition.

Lottie Robertson v. Experian Information Services, Inc. & Capital One Bank: U.S. District Court for the Eastern District of Michigan (Southern Div.) No. 04-72308. Expert report. Deposition.

Barbara A. Harris v. Experian Information Solutions, Inc., and Equifax Credit Information Services, Inc: U.S. District Court for the District of Oregon, Civil No. 01-1728-JE. FCRA. Expert reports. Deposition

Bruce Danielson v. Experian Information Solutions: U.S. District Court for the Northern District of Texas, Case No: 3-04CV-1722N. FCRA. Expert report. Deposition.

Stacy Lawton Guin, et al. v. Brazos Higher Education Service Corporation, Inc.: USDC-Minnesota – No. CV 05-668 RHK/JSM. Negligence. Security Breach. Affidavit. Deposition.

Anthony Chin v. State Dept. Federal Credit Union: Circ. Ct. Prince George's County (Maryland); Civ. Act. No. CAL04-12778; Tort. Deposition.  Trial testimony.

James M. McKeown v. Sears Roebuck & Co., et al: U.S. District Court for the Western District of Wisconsin, Civil No. Case No. 03-CV-0528 C.  Expert Report, deposition.

Paulette Field v. Trans Union LLC, et al., Case No. 01 C 6390 (USDC-N.D. Illinois - Eastern Div.  FCRA. Expert report.  Deposition.

Earle E. Ausherman, et al. v. Bank of America Corporation et al.: U.S. District Court for the District of Maryland, Civil Action No. MJG-01-438.  FCRA. Expert report.  Deposition.

Jesse Klco v. Elmhurst Dodge, U.S. District Court for the Northern District of Illinois (Eastern Division) Civil Action No. 01 C 0433.  FCRA.  Expert report, deposition.

(David & Ruthie Keefner v. Webb Ford, Inc. & Deon L. Willis.: U.S. District Court for the Northern District of Illinois (Eastern Division), Civil Action No. 02C-4643. FCRA. Expert report. Deposition.

Anthony & Alethea Preston v. MGIC, U.S. District Court for the Middle District of Florida (Ocala), Case No. 5:03-cv-111-Oc-10GRJ. FCRA. Expert report, deposition.

Bruce Butcher and Pam Butcher v. Chase Manhattan Bank, U.S.A., Inc., U.S. District Court for District of South Carolina, Case No. 8:03-3184-26. FCRA. Expert report, deposition.

11

<u>Karen Nienaber, et al. v.Citibank (South Dakota) N.A.,</u>: U.S. District Court for the District of South Dakota [Southern Div.}; Civ. No. CIV 04-4054.  Declaration relied upon by court in settlement hearing.

**FEE**

My fee is $300 per hour for preparation and for consulting;  $300 per hour, or a minimum of  $1,200 per day, for deposition or trial testimony, plus reasonable travel time, plus travel costs and expenses.

12

# EXHIBIT 2

| PROGRAM: CAPRESPA | | EXPERIAN - CONSUMER ASSISTANCE - CAPS | | PAGE: 8 | |
|---|---|---|---|---|---|
| RUN DATE: 05/19/2011 | | ACDV Response | | | |
| RUN TIME: 11:49:45 | Auto Response: | | | | 0410210546002 |

| SUBCODE: | 3991532 | ACCOUNT #: ▮ | | | |
|---|---|---|---|---|---|
| | | SUBSCRIBER: Bank of America | | | |

| DISPUTE REASON: | 102 - Account reaffirmed or not included in bankruptcy. Verify Consumer Information Ind., Account Status and History. STATES CO AGREES NOT IN BANKRUPTCY BAL SHOULD BE ABT 129200 PREV HAS FAX FROM MICHAEL WONG @ 1 800 669 6607 | Office: | I |
|---|---|---|---|
| | | Date Sent: | 11/23/2010 |
| | | Date Due: | 12/07/2010 |
| REMARKS: | | Resp Date: | 11/24/2010 |

| CONSUMER IDENTIFICATION | | SUBSCRIBER CONSUMER ID | DNR Date: | 12/07/2010 |
|---|---|---|---|---|
| Name: | CORY ▮ | | Name Flag: | |
| SSN: DOB: ▮ | | | Second Name: | |
| Curr Address: ▮ | | | Curr Addr Flag: | |
| BRUNSWICK, ME | | | Prev Addr Flag: | |
| ZIP: ▮ | | | SSN Flag: | |
| Prev Addr 1: | | | DOB FLag: | |
| Prev Addr 2: | | | Authorized Verifier: | maruzza khan |
| Account Name: | | | Phone: | (800) 669-6607 |
| RESPONSE: | 02 - Modify account information as indicated. | | DF Contact Phone #: | |

| TRADE INFORMATION | SUBSCRIBER RESPONSE | | ON PROFILE | | CONSUMER CLAIMS | |
|---|---|---|---|---|---|---|
| Acct Condition/Comm Status: | | | BK7DISC/ CURRENT | | | |
| Act Status/Rating: | 11 | | | | | |
| Payment Rating: | | | | | | |
| CII: ECOA: | Q | | E | 1 | Remove | |
| Balance: Balance Date: | 129,268 | 10/30/2010 | 0 | 04/30/2010 | 129200 | 11/23/10 |
| Amt Past Due: | 0 | | | | | |
| Orig Delinq Date: | | | | | | |
| Credit Limit/Orig Amt: | | | | | | |
| High Credit Balance: | | | 144,000 | | | |
| Charge Off Amt: | | | | | | |
| Sch Monthly Pay: Act Pay: | 1,179 | | | | | |
| Portfolio Name: | | | | | | |
| Date Last Pay: | 10/22/2010 | | 10/22/2010 | | | |
| Open Date: Closed Date: | | | 10/01/2004 | | | |
| Spec Comm Code: | | | | | | |
| Cons Compl Code: | | | | | | |
| Type: Terms: Freq: | | | 26 | 030 | M | |
| Original Creditor: | | | | | | |
| Special Payment/Date/Amt: | | | | | | |

| Response History Grid | | | | | | | | | | | | | On-File History Grid | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2010 | | | | | | | | | | | | | 2010 | | | | | | | | | | 0 | 0 | 0 |
| 2009 | | | | | | | | | | | | | 2009 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 | | | | | | | | | | | | | 2008 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2007 | | | | | | | | | | | | | 2007 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2006 | | | | | | | | | | | | | 2006 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005 | | | | | | | | | | | | | 2005 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2004 | | | | | | | | | | | | | 2004 | 0 | | | | | | | | | | |
| 2003 | | | | | | | | | | | | | 2003 | | | | | | | | | | | |

# EXHIBIT 7



*** 209697164-006 ***
PO Box 2000
Chester, PA 19022

08/12/2009   Trans**Union**.

PCUMSI00200246 1002941
RANDALL R. FERGUSON
7711 OCONNOR DR 206
ROUND ROCK, TX 78681

Our investigation of the dispute you recently submitted is now complete. The results are listed below.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

### Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| WELLS FARGO | #█████████0001 | NEW INFORMATION BELOW |

# TransUnion Personal Credit Score
RANDALL R. FERGUSON



| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score **Not Purchased** (See Below) Grade - Created on 08/12/2009 | A—990 B—900 C—800 D—700 E—600 F—501 Unavailable (See Below) | Unavailable (See Below) 100% 50% 0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 990 to 501 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

## About your TransUnion Personal Credit Score
Your TransUnion Personal Credit Score is displayed above, and was calculated with the VantageScore credit scoring formula. Your credit score is a snapshot of the contents of your credit report at the time the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a fast, fair and more objective manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

## Summary
You did not order a TransUnion credit score. You can purchase your credit score for $7.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Answers About Credit Scores
**• How are credit scores used?**
A credit score is just one of several factors a company usually uses when deciding to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies weigh each of these factors differently. By using a credit score, they can evaluate your application quickly, fairly and consistently.

**• How can I improve my credit score?**
A credit score is a snapshot of the contents of your credit report at the time it was calculated. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time. You should also review your credit report to ensure it is accurate.

**• How do inquiries affect my credit score?**
When your credit is checked by a business for the purpose of an application a 'hard inquiry' appears on your credit report. These inquiries can affect your credit score; and typically have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Inquiries have a greater impact if you have a limited credit history.

## Additional Information
The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The VantageScore credit scoring model was used for this Score Analysis and is not necessarily the same scoring model that may be used by a lender. The resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

# Protect Yourself From Identity Theft

Each year, **9 million people** become victims of identity theft. Protect yourself. It's easy. We'll **email you within 24 hours** of any critical changes to your credit report.

You'll swiftly find out about:
- **fraudulent activity**
- **new inquiries**
- **new accounts**
- **late payments**
- *and more*

Sign up now at:
**www.truecredit.com/protect**

* Source: The FTC's national education campaign — AvoID Theft: Deter, Detect, Defend.

| | |
|---|---|
| File Number: | 209697164 |
| Page: | 1 of 6 |
| Date Issued: | 08/12/2009 |

**TransUnion.**

## Personal Information

**Name:** RANDALL R. FERGUSON

**SSN:** XXX-XX-3529
**Date of Birth:** 06▮
**Telephone:**
Your SSN is partially masked for your protection.

You have been on our files since 09/1994

### CURRENT ADDRESS
**Address:** 7711 OCONNOR DR 206
ROUND ROCK, TX 78681
**Date Reported:** 02/2009

### PREVIOUS ADDRESS
**Address:** 8018 OAKWOOD BEND DR
HOUSTON, TX 77040
**Date Reported:** 08/2005
**Address:** 0 GENERAL DELIVERY,
NORTH SAN JUAN, CA 95960

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in [brackets] or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection.)

**WELLS FARGO #**▮▮▮▮**0001**
PO BOX 94435
ALBUQUERQUE, NM 87199
(800) 245-8936

**Loan Type:** NOTE LOAN
**Remarks:** ›BANKRUPTCY DISMISSED‹
**Estimated date that this item will be removed:** 02/2012

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 04/2009 |
| High Balance: | $16,500 |
| Terms: | 60 MONTHLY $315 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Open: | 08/2004 |
| Date Closed: | 04/2009 |
| Date Paid: | 04/2009 |

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection.)

**CHASE- BEST BUY #**▮▮▮**2709**
800 Brooksedge Blv
WESTERVILLE, OH 43081
(800) 955-9900

**Loan Type:** CREDIT CARD

| | |
|---|---|
| Balance: | $2,608 |
| Date Updated: | 07/2009 |
| High Balance: | $3,593 |
| Credit Limit: | $6,000 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 06/2008 |

| Late Payments (13 months) | 30 | 60 | 90 | Last 13 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun |

**FERGUSON - 9**

Consumer Credit Report for RANDALL R. FERGUSON

| | |
|---|---|
| File Number: | 209697164 |
| Page: | 2 of 6 |
| Date Issued: | 08/12/2009 |

## CHASE/BANK ONE CARD SERV # ████████5329

800 BROOKSEDGE BLV
WESTERVILLE, OH 43081
(800) 945-2000

Loan Type: CREDIT CARD

| | | | |
|---|---|---|---|
| Balance: | $2,913 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 07/2009 | Account Type: | OPEN ACCOUNT |
| High Balance: | $6,250 | Responsibility: | INDIVIDUAL ACCOUNT |
| Terms: | MINIMUM $58 | Date Opened: | 03/2009 |

Late Payments (03 months): 30: 0  60: 0  90: 0

Last 3 months:
| OK | OK | OK |
|---|---|---|
| jun | may | apr |

## CHASE/BANK ONE CARD SERV # ████████6010

800 BROOKSEDGE BLV
WESTERVILLE, OH 43081
(800) 945-2000

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 07/2005 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $7,097 | Responsibility: | INDIVIDUAL ACCOUNT |
| Credit Limit: | $7,000 | Date Opened: | 07/1995 |
| | | Date Closed: | 03/2005 |
| | | Date Paid: | 03/2005 |

Late Payments (06 months): 30: 0  60: 0  90: 0

Last 36 months:
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul |

## DISCOVER FINCL SVC LLC # ████████6970

PO BOX 15316
WILMINGTON, DE 19850-5316
(800) 347-2683

Loan Type: CREDIT CARD
Remarks: ACCT INFO DISPUTED BY CONSUMR

| | | | |
|---|---|---|---|
| Balance: | $1,067 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 07/2009 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $2,628 | Responsibility: | INDIVIDUAL ACCOUNT |
| Credit Limit: | $7,500 | Date Opened: | 01/2003 |

Late Payments (30 months): 30: 0  60: 0  90: 0

Last 36 months:
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | |
| jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | | | | | | | | | | | | |

## FORD MOTOR CREDIT # ████████5WY9

ONE THE AMERICAN RD
MAIL DROP 7340
DEARBORN, MI 48121
(800) 727-7000

Loan Type: AUTOMOBILE
Remarks: CLOSED

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 09/2002 | Account Type: | INSTALLMENT ACCOUNT |
| High Balance: | $9,878 | Responsibility: | INDIVIDUAL ACCOUNT |
| Terms: | 36 MONTHLY $274 | Date Opened: | 04/2001 |
| | | Date Closed: | 09/2002 |

Late Payments (17 months): 30: 0  60: 0  90: 0

Last 17 months:
| X | OK | OK | OK | OK | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr |

## GEMB/DILLARDS # ████████7161

P O BOX 981400
EL PASO, TX 79998-1432
(800) 643-8278

Loan Type: CHARGE ACCOUNT
Remarks: CLOSED

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 07/2009 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $0 | Responsibility: | INDIVIDUAL ACCOUNT |
| Credit Limit: | $224 | Date Opened: | 10/2003 |
| | | Date Closed: | 10/2008 |

Late Payments (48 months): 30: 0  60: 0  90: 0

Last 48 months:
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul |

**FERGUSON - 10**

Consumer Credit Report for RANDALL R. FERGUSON

File Number: 209697164
Page: 3 of 6
Date Issued: 08/12/2009

**TransUnion.**

## GEMB/OLD NAVY #████████9061
PO BOX 981400
EL PASO, TX 79998-1400
(877) 222-6868

Loan Type: CHARGE ACCOUNT
Remarks: ACCOUNT CLOSED BY CONSUMER

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 07/2009 |
| High Balance: | $25 |
| Credit Limit: | $500 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 05/2004 |
| Date Closed: | 12/2005 |
| Date Paid: | 06/2004 |

Late Payments (28 months): 30:0 60:0 90:0

Last 46 months:
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
jun may apr mar feb '07 dec nov oct sep aug jul jun may apr mar feb '06 dec nov oct sep aug

## HSBC BANK #████████5980
PO BOX 5253
CAROL STREAM, IL 60197
(800) 477-6000

Loan Type: CREDIT CARD
Remarks: DISPUTE RESLVD-CUST DISAGREES

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 07/2009 |
| High Balance: | $5,609 |
| Credit Limit: | $12,000 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 08/2006 |
| Date Paid: | 07/2009 |

Late Payments (34 months): 30:0 60:0 90:0

Last 34 months:
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep aug jul
OK OK OK OK OK OK OK OK OK
jun may apr mar feb '07 dec nov oct sep

## HSBC BANK #████████0989
PO BOX 5253
CAROL STREAM, IL 60197
(800) 477-6000

Loan Type: CREDIT CARD
Remarks: CREDIT CARD LOST/STOLEN

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/2006 |
| High Balance: | $2,185 |
| Credit Limit: | $0 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 08/2006 |
| Date Closed: | 09/2006 |

Late Payments (1 month): 30:0 60:0 90:0

Last month:
OK
aug

## KOHLS/CHASE #████████8952
N56W17000 RIDGEWOOD DR
MENOMONEE FLS, WI 53051
(800) 564-5740

Loan Type: CREDIT CARD

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 06/2007 |
| High Balance: | $37 |
| Credit Limit: | $1,500 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 05/2005 |
| Date Paid: | 07/2005 |

Late Payments (26 months): 30:0 60:0 90:0

Last 26 months:
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
may apr mar feb '07 dec nov oct sep aug jul jun may apr mar feb '06 dec nov oct sep aug jul jun
OK OK
may apr

Consumer Credit Report for RANDALL R. FERGUSON

File Number: 209697164
Page: 4 of 6
Date Issued: 08/12/2009

## KROGER FIN CC # ███████5572

1000 LAFAYETTE BV
BRIDGEPORT, CT 06604
(203) 551-5096

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 05/2008 |
| High Balance: | $1,160 |
| Credit Limit: | $5,000 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 01/2006 |
| Date Closed: | 08/2006 |
| Date Paid: | 08/2006 |

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER

| Late Payments (27 months) | 30 | 60 | 90+ | Last 27 months | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may |

OK OK OK
apr mar feb

## THE HOME DEPOT/CBSD # ██████4155

PO BOX 6497
SIOUX FALLS, SD 57117-6497
(800) 677-0232

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 07/2009 |
| High Balance: | $256 |
| Credit Limit: | $5,000 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 03/2008 |
| Date Closed: | 10/2008 |
| Date Paid: | 09/2008 |

Loan Type: CHARGE ACCOUNT
Remarks: ACCOUNT CLOSED BY CONSUMER

| Late Payments (16 months) | 30 | 60 | 90+ | Last 16 months | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |

## WELLS FARGO HOME MORTGAG # ██████8521

3480 STATEVIEW BV
FT MILS, SC 29716
(800) 288-3212

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 01/2007 |
| High Balance: | $43,500 |
| Collateral: | FREDDIE MAC # 217149642 |
| Terms: | 180 MONTHLY $358 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 08/2005 |
| Date Closed: | 01/2007 |

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: CLOSED

| Late Payments (10 months) | 30 | 60 | 90+ | Last 10 months | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | | | | | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**GEMB/LOWES**
P O BOX 981400
EL PASO, TX 79998
(800) 444-1408
Requested On: 07/25/2009    Inquiry Type: INDIVIDUAL

**CIRRO ENERGY**
501 W PRES GEORGE
SUITE 350
RICHARDSON, TX 75080
(972) 731-9800
Requested On: 09/12/2007    Inquiry Type: INDIVIDUAL

**CIRRO ENERGY**
501 W GEORGE BUSH
SUITE 350
RICHARDSON, TX 75080
(972) 731-9800
Requested On: 09/11/2007    Inquiry Type: INDIVIDUAL

Consumer Credit Report for RANDALL R. FERGUSON

| File Number: | 209697164 |
| Page: | 5 of 6 |
| Date Issued: | 08/12/2009 |

**TransUnion.**

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries where permitted by law).

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 08/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 07/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 06/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 05/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 04/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 03/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 02/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 01/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 12/2008

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 11/2008

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 10/2008

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 09/2008

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
Requested On: 08/2008

**NATIONWIDE INSURANCE CO**
1 NATIONWIDE PLZ
COLUMBUS, OH 43215-2220
(800) 882-2822
Requested On: 08/2008
Permissible Purpose: INSURANCE UNDERWRITING

**NATIONWIDE INSURANCE CO**
1 NATIONWIDE PLZ
COLUMBUS, OH 43215-2220
(800) 882-2822
Requested On: 08/2007
Permissible Purpose: INSURANCE UNDERWRITING

## Special Messages

PROMOTIONAL OPT-OUT: This file has been opted out of promotional lists supplied by TransUnion.
(Note: This statement has no expiration date.)

OTHER MESSAGES: INPUT SSN HAS BEEN USED (003) TIMES IN THE LAST (30) DAYS ON DIFFERENT INQUIRIES

**FERGUSON - 13**

Consumer Credit Report for RANDALL R. FERGUSON

| | |
|---|---|
| File Number: | 209697164 |
| Page: | 6 of 6 |
| Date Issued: | 08/12/2009 |

## Should you wish to contact TransUnion, you may do so.

**At our web site:**
http://transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

# EXHIBIT 8



LOC: 03
RPT-ID: KXCC1500-1

DEPT: N
03 SUBSCRIBER RESPONSE DATE: 08/20/09
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 09/15/09

TRANS UNION CORPORATION
CONSUMER RELATIONS
ACDV4 RESPONSES THAT WERE AUTO UPDATED

DATE: 08/21/09    TIME: 05:49
PAGE:18555

CONTROL: 209697164 008 01
DATE ENTERED: 08/20/09

MA/SM: 0103   SUB LOC: 001
DATE RECD: 08/19/09

NAME: FERGUSON, RANDALL R
AKA:
ADDR: 7711 OCONNOR DR 206
      ROUND ROCK, TX 78681
PREV: 8018 OAKWOOD BEND DR
      HOUSTON, TX 77040

SSN:
DOB: 06
PHONE:

SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:

VERF
(S) NAME:
(S) AKA:
(S) ADDR:

(U) PREV:

(S) SSN:
(D) DOB: 06
(U) PHONE:

CONSUMER
STATES
COMMENTS

Included in Bkrupcy of another person. Verify ECOA Code, Consumer Info Indicator, Acct Status and Current Balance. Not liable for acct (i.e. ex-spouse, business). If liable, provide complete ID and ECOA Code.

| SUBSCRIBER NAME | SUB.CODE | OPENED | VER'D | BAL.OWING | PAST DUE | HIGH CREDIT | PAYMENT HISTORY | TP.ACCT MOP |
| ACCOUNT NUMBER | CREDIT LIMIT | TERMS | LAST PYMT | DT 1ST DEL | | METRO2 FORMAT | ECOA |
| TYPE LOAN | COLLATERAL | | SP.COMMENTS/STATUS/REMARKS | | | | |

VERIFIED AS
Wells Fargo Bank-    908N743      08/04  04/09      $0        $0      $16500    CLOSED      I   01
REPORTED AS    001   0600M915             03/05                                              C
NOTE LOAN                                 DM  -  BANKRUPTCY DISMISSED                         01

PAY PATTERN START DATE: 04/09

04/09                                      04/09                  DM
                                                                  DM

DDDDDDDDDDDD
DDDDDDDDDDDD
DDDDDDDDDDDD
DDDDDDDDDDDD
DDDDDDDDDDDD     01

CONSUMER MESSAGE: Confused with Leila Shipman she may have filed bkrupcy
AUTHORIZED PHONE/NAME: 505-858-4207  -  Eddie Duran

RESPONSE CODES:        02 MODIFY ACCOUNT INFORMATION AS INDICATED

RANGE
SHOWN : X
DATA AS

| | ACCT STATUS | PAYMENT RATING | SPECIAL COMMENT CD | COMPLIANCE CONDITION CD | CONSUMER INFORMATION IND | MOP CODE | REMARKS CODE |
|---|---|---|---|---|---|---|---|
| SENT | 11 | 0 | | | I | 01 | |
| RECEIVED | 13 | | | | | 01 | |

VERIFICATION FLAGS

| | FIRST NAME (S) | MIDDLE NAME (S) | LAST NAME (S) | PREFIX SUFFIX (U) | RESULT (S) |
|---|---|---|---|---|---|

# EXHIBIT 9

*** 209697164-009 ***
PO Box 2000
Chester, PA 19022

08/21/2009          TransUnion. 

P0UWHL00205437-I036341
RANDALL R. FERGUSON
7711 OCONNOR DR 206
ROUND ROCK, TX 78681

Our investigation of the dispute you recently submitted is now complete. The results are listed below.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| WELLS FARGO | # ████████ 0001 | VERIFIED, NO CHANGE |

FERGUSON - 15
P 0UWHL-002 05437-I036341 01/

## TransUnion Personal Credit Score
RANDALL R. FERGUSON



**YOUR CREDIT SCORE**

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score **Not Purchased** (See Below) Grade -- Created on 08/21/2009 | A B C D E F — 990 — 900 — 800 — 700 — 600 — 501 Unavailable (See Below) | Unavailable (See Below) — 100% — 50% — 0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 990 to 501 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

### About your TransUnion Personal Credit Score
Your TransUnion Personal Credit Score is displayed above, and was calculated with the VantageScore credit scoring formula. Your credit score is a snapshot of the contents of your credit report at the time the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a fast, fair and more objective manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

### Summary
You did not order a TransUnion credit score. You can purchase your credit score for $7.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

### Answers About Credit Scores
**• How are credit scores used?**
A credit score is just one of several factors a company usually uses when deciding to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies weigh each of these factors differently. By using a credit score, they can evaluate your application quickly, fairly and consistently.

**• How can I improve my credit score?**
A credit score is a snapshot of the contents of your credit report at the time it was calculated. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time. You should also review your credit report to ensure it is accurate.

**• How do inquiries affect my credit score?**
When your credit is checked by a business for the purpose of an application a 'hard inquiry' appears on your credit report. These inquiries can affect your credit score; and typically they have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Inquiries have a greater impact if you have a limited credit history.

### Additional Information
The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The VantageScore credit scoring model was used for this Score Analysis and is not necessarily the same scoring model that may be used by a lender. The resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

## Protect Yourself From Identity Theft

Each year, **9 million people** become victims of identity theft.* Protect yourself. It's easy. We'll **email you within 24 hours** of any critical changes to your credit report.

You'll swiftly find out about:
• **fraudulent activity**
• **new inquiries**
• **new accounts**
• **late payments**
• *and more*

Sign up now at:
**www.truecredit.com/protect**

* Source: The FTC's national education campaign — *Avoid Theft: Deter, Detect, Defend.*

| | |
|---|---|
| File Number: | 209697164 |
| Page: | 1 of 1 |
| Date Issued: | 08/21/2009 |

**TransUnion**

*Special Note: If any item on your credit report begins with "MED1" it includes medical information and the data following "MED1" is not displayed to anyone but you except where permitted by law.*

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 days late | 60 days late | 90 days late | 120 days late |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in brackets or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way by creditors. Where the account may be considered by the creditor for your protection.

**WELLS FARGO** #▨▨▨▨▨▨**0001**
PO BOX 94435
ALBUQUERQUE, NM 87199
(800) 245-8936

Loan Type: NOTE LOAN
Remarks: >BANKRUPTCY DISMISSED<
Estimated date that this item will be removed: 02/2012

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 04/2009 |
| High Balance: | $16,500 |
| Terms: | 60 MONTHLY $315 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Open: | 08/2004 |
| Date Closed: | 04/2009 |
| Date Paid: | 04/2009 |

**- End of Investigation results -**

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

## A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT, CONTINUED

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580   1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050   800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Consumer Help PO Box 1200 Minneapolis, MN 55480   202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552   800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314   703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center, 2345 Grand Avenue, Suite 100 Kansas City, Missouri 64108-2638   1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation, Office of Financial Management Washington, DC 20590   202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA Washington, DC 20250   202-720-7051 |

**FERGUSON - 18**

**Texas Residents**

As of September 1, 2003 you have the right to place a security alert in your consumer file, which will warn anyone who receives information in your consumer file that your identity may have been used without your consent and that recipients of your consumer file information are advised to verify your identity prior to issuing credit. The security alert may prevent credit, loans, and services from being approved in your name without your consent. The security alert may delay or interfere with the timely approval of any subsequent request or application you make that involves access to your credit information such as a new loan, credit, mortgage, insurance, rental housing, employment, investment, license, cellular phone, utilities, digital signature, Internet credit card transaction, and an extension of credit at point of sale. The security alert will remain on your consumer file for not less than 45 days after the date the security alert is placed on your file. You have the right to obtain a free copy of your consumer file every 45 days while the security alert is in effect. A security alert may be requested by calling 800 680-7289 or it may be requested in writing by sending a request to TransUnion Security Alert, Post Office Box 6790, Fullerton, CA 92634.

As of September 1, 2003 you have the right to place a security freeze on your consumer file, which will prohibit a consumer credit reporting agency from releasing any information in your consumer file without your express authorization. However your consumer file can be released without your express authorization if the intended use is one of those specified by Texas law as being exempt from security freezes. A security freeze must be requested in writing. A security freeze may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make that involves access to your consumer file such as a new loan, credit, mortgage, insurance, rental housing, employment, investment, license, cellular phone, utilities, digital signature, Internet credit card transaction, and an extension of credit at point of sale. When you place a security freeze on your consumer file, you will be provided a personal identifier to use if you choose to remove the freeze or authorize the release of your consumer file. To provide that authorization you must contact the consumer credit reporting agency and provide all of the following:

1. The personal identifier
2. Proper identification to verify your identity
3. The period of time for which your consumer file shall be available and/or the proper information regarding the third party who is to receive your consumer file.

As of September 1, 2007 a consumer reporting agency may charge a Texas consumer who is not a victim of identity theft a fee not to exceed $10.00 for each request to place, remove, or temporarily lift a security freeze on his or her consumer file. A fee not to exceed $12.00 may be charged for temporarily lifting a security freeze for an identified requester. On January 1 of each year the security freeze fee may be increased. The increase, if any, must be based proportionally on changes to the Consumer Price Index for All Urban Consumers as determined by the United States Department of Labor with fractional changes rounded to the nearest 50 cents.

You have the following rights to file action in court or arbitrate disputes:

1. An action to enforce an obligation of a consumer reporting agency to a consumer under the Texas Regulation of Consumer Credit Reporting Agencies (Texas Business and Commerce Code Chapter 20) may be brought in court as provided by the FCRA, as amended, or, if agreed to by both parties, may be submitted to binding arbitration after you have followed all dispute procedures in Section 20.06 and have received the notice specified in Section 20.06(f) in the manner provided by the rules of the American Arbitration Association.
2. A decision rendered by an arbitrator does not affect the validity of an obligation or debt owed by the consumer to any party.
3. A prevailing party in an action or arbitration proceeding shall be compensated for the party's attorney fees and costs of the proceeding as determined by the court or arbitration.
4. A consumer may not submit to arbitration more than one action against a particular consumer reporting agency during any 120-day period.
5. The results of an arbitration action brought against a consumer reporting agency doing business in Texas shall be communicated in a timely manner to other consumer reporting agencies doing business in Texas.

# EXHIBIT 10

Page 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
- - -


RANDALL FERGUSON,
        Plaintiff,

Vs.                      NO. 10-2211


TRANSUNION, LLC,
        Defendant.



        Oral deposition of STEVEN L. NEWNOM, taken
at Francis & Mailman, PC, Land Title Building, 19th
Floor, Philadelphia, Pennsylvania, on Friday,
December 10, 2010, beginning at approximately 11:00
a.m., before Maureen E. Broderick, Registered
Professional Reporter and Notary Public in and of
the Commonwealth of Pennsylvania.



SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania  19102
424 Fleming Pike, Hammonton, New Jersey  08037
(215) 985-2400 * (800) 447-8648 * (609) 567-3315
www.summitreporting.com

Page 54

1    TransUnion?

2         A    Yes, it was.

3         Q    Can we tell from the documents that make

4    up Exhibit 3 when TransUnion received that

5    information back from Wells Fargo and where?

6         A    We received it back from August 11, 2009

7    and it was an automated response.

8         Q    And by "automated response," you mean that

9    no human being had any involvement in receiving that

10   response from Wells Fargo, correct?

11        A    Correct.

12        Q    The information came back from Wells Fargo

13   over the computer and the computer placed Wells

14   Fargo's information onto Mr. Ferguson's file,

15   correct?

16             MR. CREECH:  Object to form.

17             THE WITNESS:  The updated information,

18        yes.

19   BY MR. BASKERVILLE:

20        Q    Was information updated here?

21        A    Things were modified, yes.

22        Q    Was the bankruptcy remark one of the

23   things that was modified?

24        A    No, it was not.  That was verified.

Page 66

1       Q      Look at the A4 code, if you will.  Does

2   that also appear to be an appropriate code for his

3   dispute?

4               MR. CREECH:  Object to form.

5               THE WITNESS:  That, I don't know

6          specifically the conversation Ms. Law had with

7          Mr. Ferguson.  It may.  I don't know offhand.

8   BY MR. BASKERVILLE:

9       Q      And then this time there's a consumer

10  comment listed, correct?

11      A      Correct.

12      Q      Once again, looking at the documents

13  relating to this dispute, can you tell me what

14  happened with it after Ms. Law hung up with Mr.

15  Ferguson?

16      A      An ACDV was generated and sent to Wells

17  Fargo Bank regarding the consumer's dispute.

18      Q      And that ACDV is TU-Ferguson-46, correct?

19      A      Yes, it is.

20      Q      What happened as a result of that ACDV,

21  sir?

22      A      Wells Fargo returned the information as

23  being accurately reported, verified the account as

24  accurate.

**Ferguson v. TransUnion**                    **STEVEN L. NEWNOM, 12/10/10**

Page 68

1    report?

2        A    No, we did not.

3        Q    Did TransUnion access any dockets or court

4    information to see if there had been a bankruptcy on

5    file for Ms. Shipman?

6        A    No, we did not.

7             MR. CREECH:  Object to form.

8    BY MR. BASKERVILLE:

9        Q    Did TransUnion access any court documents

10   or dockets to see if Mr. Ferguson had filed a

11   bankruptcy?

12            MR. CREECH:  Object to form.

13            THE WITNESS:  No, we did not.

14   BY MR. BASKERVILLE:

15       Q    So TransUnion accepts on its face Wells

16   Fargo's verification of this account as accurate,

17   correct?

18            MR. CREECH:  Object to form.

19            THE WITNESS:  That they verified the

20        account as being accurate and provided us with

21        accurate information, yes.

22   BY MR. BASKERVILLE:

23       Q    TransUnion didn't do anything besides rely

24   on this ACDV, correct?

# EXHIBIT 11

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

```
----------------------------------X
RANDALL FERGUSON,                 :
                                  : Case No.:  2:11-cv-02043-JEM
             PLAINTIFF,           :
                                  :
      v.                          :
                                  :
WELLS FARGO BANK, N.A.,           :
                                  :
             DEFENDANT.           :
                                  :
----------------------------------X
```

        Videotaped Deposition of PAULA EVERETT, taken by
the Plaintiff, at Comfort Suites, 3425 Mulberry Church Road,
Charlotte, North Carolina, on the 17th day of November, 2011
at 10:05 a.m., before Jackie Johnson, Court Reporter and
Notary Public.

SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610

Philadelphia, Pennsylvania 19102

(215) 985-2400 * (609) 567-3315 * (800) 447-8648

www.summitreporting.com

Page 68

1    code?

2         A.    Since it was a field within the Metro 2

3    format, I remember that it did, but specifically I

4    wouldn't be able to speak to that.

5         Q.    Based on your information and knowledge in

6    working with Wells Fargo, when is the XB code used?

7         A.    When a consumer disputes something with the

8    bank on their account, there is a time period in

9    which, if we cannot resolve the dispute, that we mark

10   the account XB.

11        Q.    And is that when the bank receives a direct

12   dispute from the consumer or when it receives a

13   dispute through the credit reporting agencies?

14        A.    From the knowledge that I have, it's the

15   same for both.

16        Q.    You say that when a dispute can't be

17   resolved within a certain time, then the XB code is

18   used.  Do you know what that time is?

19        A.    I believe it's five days.

20        Q.    What happens to the XB code once the

21   dispute, in the bank's opinion, has been resolved?

22        A.    Then we would utilize another code to be

23   able to say that it's been completed or resolved.

24        Q.    If the bank resolves a dispute in the

25   bank's favor, but the consumer still disagrees with

Page 69

1      that, what code would be used?

2                    MR. GRAMMATICO:  Objection.  Vague.

3            Ambiguous.

4                    You can answer, if you understand the

5            question.

6                    THE WITNESS:  The codes that are in Exhibit

7            8 that refer to consumer disagrees, there's two

8            that I can see, glancing at the document, XC for

9            the FCRA dispute, and an XG for an FCBA dispute.

10                   BY MR. BASKERVILLE:

11           Q.    But you would not keep the XB code on the

12     account?

13           A.    If the consumer disagrees?

14           Q.    Correct.

15           A.    No.

16           Q.    So the only time that the bank will use an

17     XB code is for that period when a dispute is not

18     resolved, in the bank's opinion, while it's still

19     investigating, correct?

20           A.    I don't believe that's the only application

21     of the XB code.

22           Q.    Do you know what the other potential

23     applications of the XB code are?

24           A.    I do know, within Wells Fargo policy, if an

25     account is included in litigation, we are required to

Page 90

1    information on the form, there is a heading of

2    Account Information, correct?

3         A.    Yes.

4         Q.    And here there are three columns under

5    that, correct?

6         A.    Yes.

7         Q.    Again, a far left-hand column identifying

8    what the fields are relating to and then two columns,

9    moving to the right, one Request Data and one

10   Response Data, correct?

11        A.    Yes.

12        Q.    And again, in the Consumer Information

13   Section, the response data is where Wells Fargo can

14   enter information to change, modify or delete

15   information in the Request Data column, correct?

16        A.    Yes.

17        Q.    And this form, the ACDV form, as we

18   discussed, follows the Metro 2 reporting format,

19   correct?

20        A.    Yes.

21        Q.    So when we're looking then in the Account

22   Information Section, we find the CII field more or

23   less in the middle of that information, correct?

24        A.    Yes.

25        Q.    And that CII field for this form shows that

**Ferguson v. Wells Fargo Bank, N.A.**                    **PAULA EVERETT, 11/17/11**

Page 91

1      code I in the CII field, correct?

2          A.    Yes.

3          Q.    Which translates to Chapter 7 bankruptcy

4      dismissed, correct?

5          A.    Yes.

6          Q.    That's information that Wells Fargo

7      receives on this ACDV Form from the credit reporting

8      agency concerning how the credit reporting agency

9      shows this trade line at the time, correct?

10         A.    Yes.

11         Q.    And if Wells Fargo wanted to make a change

12     to that CII field, it would do so in the Response

13     Data column, correct?

14         A.    It would, yes.

15         Q.    And there is no change indicated in that

16     Response Data column, correct?

17             MR. GRAMMATICO:  Objection.  Vague and

18         ambiguous.  Also, the document speaks for

19         itself.

20             There is a change in the sense that the

21         Chapter 7 bankruptcy dismissed notation does not

22         appear in the Response Data blank.  So in that

23         regard, there is a change.

24             MR. BASKERVILLE:  I will object to the

25         specific objection and leading the witness.

**Ferguson v. Wells Fargo Bank, N.A.**            **PAULA EVERETT, 11/17/11**

Page 92

1          BY MR. BASKERVILLE:

2      Q.    Let's go back to the document.

3          Is there any indication in that Response

4   Data field, any code to indicate that a change should

5   be made in the CII field?

6          MR. GRAMMATICO:  Objection.  The question

7        assumes that a code is required in order to

8        change the data that appears in the Request Data

9        Form.  So on that ground, I object on the basis

10        that it assumes a legal conclusion.

11          MR. BASKERVILLE:  It doesn't assume a legal

12        conclusion.  It assumes -- it makes a factual

13        statement that such a code is not present.  It's

14        very simple.  It's a yes or no, really.

15          MR. GRAMMATICO:  Okay.  If you phrase it

16        like that, I don't have any problem with it.

17          BY MR. BASKERVILLE:

18      Q.    Is there any code in the Response Data

19   column of this form?

20      A.    No.

21      Q.    Is it your testimony that Wells Fargo

22   responded to this ACDV according to the industry

23   standard guidelines of the Metro 2 format?

24          MR. GRAMMATICO:  Objection.  Calls for

25        expert testimony.

Page 104

1      A.    What's ambiguous is that we never reported

2   the bankruptcy code to begin with.  So I can see how

3   Eddie could understand that there's nothing to

4   remove.  We're not sending an existing CII code to be

5   deleted.  So leaving it blank, the field should have

6   been updated at TransUnion as blank.

7            If we would have put a Q on there, that

8   would infer that at some point we did inaccurately

9   report it.

10     Q.    But you are responding, through this ACDV,

11  to what TransUnion is telling you is currently on its

12  trade line, its reporting of the trade line, correct?

13     A.    Correct.

14     Q.    And TransUnion, correct, is telling you

15  that there is an I code in the CII field, correct?

16     A.    Correct.

17     Q.    Two fields down is the CCC field, that

18  Consumer Compliance Condition.  That field is blank

19  both in the Request Data and in the Response Data,

20  correct?

21     A.    Correct.

22     Q.    And if I understand your testimony

23  correctly, Wells Fargo would not put an XB code in

24  the Response Data field, because this dispute had

25  been resolved within the two day window, correct?

Page 105

1        A.    Correct.

2        Q.    And under no circumstance when it receives

3    an ACDV from a credit reporting agency with a

4    dispute, you know, such as Mr. Ferguson's here, that

5    something is included in the bankruptcy, would Wells

6    Fargo put that XB code in the CCC field if it could

7    resolve that dispute within the two day window,

8    correct?

9            MR. GRAMMATICO:  Can you reread the

10         question, please?  I'm sorry.

11                  (The question referred to was

12                  thereupon read by the reporter as

13                  above recorded.)

14            MR. BASKERVILLE:  I'll rephrase it.

15            MR. GRAMMATICO:  Objection.  Vague and

16         ambiguous.

17            MR. BASKERVILLE:  I'll rephrase it.

18            BY MR. BASKERVILLE:

19        Q.    The fact that Wells Fargo did not put an XB

20    code in the response data for the CCC field is in

21    keeping with Wells Fargo's policies and procedures

22    concerning the use of that code, correct?

23        A.    Correct.

24        Q.    And if Mr. Ferguson made the same dispute

25    today under these same facts, Wells Fargo wouldn't

Page 106

1    put an XB code in that field today, just the same way

2    it didn't in 2009, correct?

3         A.    If the timing also remained the same, yes,

4    within the two days.

5         Q.    And for no consumer who's making a dispute

6    through the E-OSCAR system, under circumstances such

7    as this, where the dispute is resolved within the two

8    days, would Wells Fargo use that XB code, correct?

9         A.    Again, unless it's due to litigation.

10        Q.    Correct.

11        A.    Yes.

12        Q.    Presuming there is no pending litigation

13   and presuming the dispute is resolved within the two

14   days, there is no time on a dispute received through

15   the E-OSCAR system that an XB code would be used?

16        A.    That's correct.

17        Q.    If you could turn to 567 and 568.

18   Actually, you know, can we go back to the other one

19   first, just so I'm complete with this.

20             We had discussed that Wells Fargo entered a

21   modified code, an O2 code for this ACDV?

22        A.    Yes.

23        Q.    And from looking at this and, as I say,

24   it's a little different to read in the gray, it seems

25   that the modifications come to account status and

Page 109

1      side of this ACDV is left blank?

2          A.    Yes.

3          Q.    And the reasons you told me for Wells

4      Fargo's decision to leave blank the Response Data

5      side in Ferguson 4 would hold true for Ferguson 5,

6      correct?

7          A.    Yes.

8          Q.    That would also apply to the CCC field

9      which is blank, correct?

10         A.    Yes.

11         Q.    The dispute's been resolved within the two

12     day window.  So that XB code is not going to be

13     placed there, correct?

14         A.    Correct.

15         Q.    And again, just based on my review of this,

16     it appears that there may be modification --

17     modification was chosen because of some dates?

18         A.    That's what it appears, yes.

19         Q.    And once again, that gets sent back to

20     TransUnion, and TransUnion is going to report the

21     modification as Wells Fargo sent it back, correct?

22         A.    We believe so.

23         Q.    Neither of these disputes through the

24     consumer reporting agencies corrected Mr. Ferguson's

25     problem, correct?

**Ferguson v. Wells Fargo Bank, N.A.**                    **PAULA EVERETT, 11/17/11**

Page 110

1      A.    It doesn't appear so.

2      Q.    And as a matter of fact, Mr. Ferguson

3    contacted the bank following his receipt of the

4    investigation results, the second dispute, correct?

5      A.    I don't remember the date that was

6    associated with that dispute, if that was prior or

7    following.

8      Q.    Right around the same time, we can agree?

9      A.    Yes.

10          MR. BASKERVILLE:  If we could look at Page

11       561, it's probably in here.  Let's mark this one

12       as Ferguson 6.

13                (The document referred to was

14                thereupon marked Ferguson Deposition

15                Exhibit No. 6 for Identification.)

16          BY MR. BASKERVILLE:

17      Q.    Take a look at that, please, and if you can

18    tell me what that document is.

19          MR. GRAMMATICO:  If you know.

20          BY MR. BASKERVILLE:

21      Q.    Yeah, if you know.

22      A.    I would make an assumption only.

23      Q.    I don't want you to make an assumption.

24      A.    Okay.

25      Q.    Is this one of the documents that when you

Page 123

1    by a consumer concerning this account, correct?

2         A.    Yes.

3              MR. BASKERVILLE:  Let's go off for a

4         minute, and let me --

5              THE VIDEOGRAPHER:  The time is 2:54 p.m.

6         We are now off the Record.

7                   (Thereupon, a brief recess was taken,

8                   after which the following proceedings

9                   were had:)

10             THE VIDEOGRAPHER:  The time is 3:04 p.m.

11         We're back on the Record.

12             BY MR. BASKERVILLE:

13        Q.    Ms. Everett, there are just a couple of

14    things I wanted to follow-up with.

15             Wells Fargo, in its handling of these two

16    ACDV Forms that we've marked as Ferguson 5 and 6, I

17    believe, handled these disputes in accordance with

18    the company's policies and procedures and practices,

19    correct?

20        A.    It appears so, yes.

21        Q.    Followed the standard protocol the company

22    has to deal with that sort of dispute, correct?

23        A.    I don't know what you mean by that sort of

24    dispute.

25        Q.    A dispute received through the E-OSCAR

Page 124

1    system on an ACDV form?

2         A.    Yes.

3         Q.    And if the facts were exactly the same

4    today as they were in August of 2009 when

5    Mr. Ferguson made these disputes, the company

6    wouldn't do anything differently, correct?

7         A.    I can't agree with that, no.

8         Q.    Why not?

9         A.    Well, because the policies and procedures

10   continue to be updated.

11        Q.    Based on the policies and procedures in

12   place in 2009, when Mr. Ferguson made the disputes,

13   the disputes would be handled exactly the same way,

14   correct?

15        A.    Based on 2009 policies and procedures, yes.

16             MR. BASKERVILLE:  That's all I have.

17             THE WITNESS:  Okay.

18             MR. GRAMMATICO:  I have nothing further.

19             THE VIDEOGRAPHER:  This concludes the

20        deposition of Paula Everett.  The time is 3:06

21        p.m.  We are now off the Record.

22                  (Thereupon the taking of the

23                  deposition was concluded.)

24             - - - - - - - - -

25

# EXHIBIT 12

| AUD Control Number: | | AUD Correction Ind: | 1 |
|---|---|---|---|
| Date Submitted: | 08/20/2009 | DF Authorized Name: | Eddie Duran |
| Equifax SC: | | Experian SC: | |
| Innovis SC: | | TransUnion SC: | |

| Last Name: | FERGUSON | Prev.Last Name: | |
|---|---|---|---|
| First Name: | RANDALL | Prev.First Name: | |
| Middle Name: | R | Prev.Middle Name: | |
| Generation Code: | | Prev. Generation Code: | |
| Street Address: | 7711 OCONNOR DR # 206 | Prev. Street Address: | |
| City: | ROUND ROCK | Prev.City: | |
| State: | TX:Texas | Prev.State: | |
| Zip: | 786815543 | Prev.Zip: | |
| SSN: | 3529 | DOB: | |
| Telephone Number: | | | |
| CII: | | | |
| ECOA Code: | 2:Joint Contractual Liability | | |

| Employer Name: | | Street Address: | |
|---|---|---|---|
| Occupation: | | City: | |
| | | State: | |
| | | Zip : | |

| Account Status: | 13:Paid or closed account/zero balance. | | |
|---|---|---|---|
| Payment Rating: | 0:Current account | | |
| Account Number: | 0001 | | |
| Special Comment: | | | |
| Compliance Condition: | XH:Account previously in dispute - now resolved, reported by credit grantor. | | |
| Portfolio Type: | I:Installment | | |
| Account Type: | 20:Note Loan | | |
| Interest Type Indicator: | | | |
| Terms Duration: | 60 | Scheduled Monthly Pymnt.: | |
| Terms Frequency: | M:Monthly | Original Creditor Name: | |
| Date Opened: | 08/05/2004 | Creditor Classification: | |
| Date Of Last Payment: | 04/09/2009 | Portfolio Indicator: | |

WFB000005

| | | | |
|---|---|---|---|
| FCRA DOFD: | 04/09/2009 | Purchased From / Sold To: | |
| Date Of Acct Information: | 04/09/2009 | Specialized Payment Ind.: | |
| Date Closed: | 04/09/2009 | Defrd. Payment Start Date: | |
| Current Balance: | 0 | Balloon Payment Amt.: | |
| Credit Limit: | | Balloon Payment Due Date: | |
| Original Charge-Off Amt: | | Agency ID: | |
| Actual Pymnt: | 358 | Sec. Mktg. Agency Account Number: | |
| Amt Past Due: | 0 | Mortgage ID Number (MIN): | |
| High Credit / Orig. Amt.: | 16500 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | | | | | | | | | | |
| 2008 | | | | | | | | | | |
| 2007 | | | | | | | | | | |
| 2006 | | | | | | | | | | |
| 2005 | | | | | | | | | | |
| 2004 | | | | | | | | | | |
| 2003 | | | | | | | | | | |
| 2002 | | | | | | | | | | |

| | | |
|---|---|---|
| Last Name: | SHIPMAN | FERGUSON |
| First Name: | LEILA | RANDALL |
| Middle Name: | | R |
| Generation Code: | | |
| SSN: | 8534 | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | 2:Joint Contractual Liability | 5:Co-Maker |
| CII: | L:Chapter 13 Bankruptcy Dismissed | |
| Street Address: | GENERAL DELIVERY | GENERAL DELIVERY |
| City: | NORTH SAN JUAN | HOUSTON |
| State: | CA:California | TX:Texas |
| Zip: | 959609999 | 770404432 |

| | |
|---|---|
| Authorized Signature: | Eddie Duran |
| Date: | 08/20/2009 |

When you sign this form, you certify that your computer and/or manual records have been adjusted to reflect any changes made.

WFB000006

# EXHIBIT 13

*** 209697164-011 ***
PO Box 2000
Chester, PA 19022

09/15/2009   Trans**Union.**

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

RANDALL R. FERGUSON
1748 BAYLAND ST
ROUND ROCK, TX 78664

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, **24 hours a day, 7 days a week.** You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

**To submit an online request for investigation:**

**Step 1.**  Go to the TransUnion online investigation service at http://transunion.com/disputeonline
**Step 2.**  Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.custhelp.com.

# TransUnion Personal Credit Score

RANDALL R. FERGUSON

## YOUR CREDIT SCORE



| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score **Not Purchased** (See Below) | 990 900 800 700 600 501 A B C D F Unavailable (See Below) | 100% 50% 0% Unavailable (See Below) |
| Grade - | | |
| Created on 09/15/2009 | | |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 990 to 501 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

## About your TransUnion Personal Credit Score

Your TransUnion Personal Credit Score is displayed above, and was calculated with the VantageScore credit scoring formula. Your credit score is a snapshot of the contents of your credit report at the time the score was calculated. Using objective, impartial formulas to translate the contents of your credit report into a 3-digit score enables lenders to evaluate your application for credit in a fast, fair and more objective manner. Remember, we constantly update the information contained in your credit report, so your TransUnion Personal Credit Score only represents the score a lender would receive if they requested it today.

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $7.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Answers About Credit Scores

• **How are credit scores used?**

A credit score is just one of several factors a company usually uses when deciding to extend credit, give insurance coverage or provide financial services to you. A variety of other factors will be considered, such as length of employment, income or previous experience with you. Depending on what you are applying for, different companies weigh each of these factors differently. By using a credit score, they can evaluate your application quickly, fairly and consistently.

• **How can I improve my credit score?**

A credit score is a snapshot of the contents of your credit report at the time it was calculated. Long-term, responsible credit behavior is the most effective way to improve future scores. Pay bills on time, lower balances and use credit wisely to improve your score over time. You should also review your credit report to ensure it is accurate.

• **How do inquiries affect my credit score?**

When your credit is checked by a business for the purpose of an application a 'hard inquiry' appears on your credit report. These inquiries can affect your credit score; and typically have only a small impact. Delinquencies, balances owed, and the length of time you have used credit are all more important. Inquiries have a greater impact if you have a limited credit history.

## Additional Information

The TransUnion Personal Credit Score is provided to help you better understand how lenders view your credit report. It is not an endorsement or a determination of your qualification for a loan. The VantageScore credit scoring model was used for this Score Analysis and is not necessarily the same scoring model that may be used by a lender. The resulting credit score may not be identical in every respect to any consumer credit score produced by any other company. Any credit information that has not yet been reported to TransUnion will not be reflected in your consumer disclosure or score. Also, some items disputed directly with creditors are not incorporated in the assessment of your credit score.

# Protect Yourself From Identity Theft

Each year, **9 million people** become victims of identity theft.* Protect yourself. It's easy. We'll **email you within 24 hours** of any critical changes to your credit report.

You'll swiftly find out about:
• **fraudulent activity**
• **new inquiries**
• **new accounts**
• **late payments**
• *and more*

**Sign up now at:**
**www.truecredit.com/protect**

* Source: The FTC's national education campaign — AvoID Theft: Deter, Detect, Defend.

| File Number: | 209697164 |
| Page: | 1 of 6 |
| Date Issued: | 09/15/2009 |

**TransUnion.**

## Personal Information

**Name:** RANDALL R. FERGUSON

**SSN:** XXX-XX-3529
**Date of Birth:** 06/
**Telephone:**
Your SSN is partially masked for your protection.

You have been on our files since 09/1994

### CURRENT ADDRESS

| Address: | 1748 BAYLAND ST |
| | ROUND ROCK, TX 78664 |
| Date Reported: | 01/2009 |

### PREVIOUS ADDRESS

| Address: | 7711 OCONNOR DR 206 |
| | ROUND ROCK, TX 78681 |
| Date Reported: | 12/2008 |
| Address: | 8018 OAKWOOD BEND DR |
| | HOUSTON, TX 77040 |

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in brackets or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

**WELLS FARGO #**████████0001
PO BOX 94435
ALBUQUERQUE, NM 87199
(800) 245-8936

**Loan Type:** NOTE LOAN
**Remarks:** ›BANKRUPTCY DISMISSED‹
**Estimated date that this item will be removed:** 02/2012

| Balance: | $0 |
| Date Verified: | 04/2009 |
| High Balance: | $16,500 |
| Terms: | 60 MONTHLY $315 |

| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Open: | 08/2004 |
| Date Closed: | 04/2009 |
| Date Paid: | 04/2009 |

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

**CHASE- BEST BUY #**████████2709
PO BOX 15298
WILMINGTON, DE 19850
(800) 955-9900

**Loan Type:** CREDIT CARD

| Balance: | $2,545 |
| Date Updated: | 08/2009 |
| High Balance: | $3,593 |
| Credit Limit: | $6,000 |

| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 06/2008 |

| Late Payments (14 months) | 30 | 60 | 90+ | Last 14 months | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun |

**Consumer Credit Report for RANDALL R. FERGUSON**

| | |
|---|---|
| File Number: | 209697164 |
| Page: | 2 of 6 |
| Date Issued: | 09/15/2009 |

---

### CHASE/BANK ONE CARD SERV # ██████5329
PO BOX 15298
WILMINGTON, DE 19850
(800) 945-2006

| | | | |
|---|---|---|---|
| Balance: | $4,092 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 08/2009 | Account Type: | OPEN ACCOUNT |
| High Balance: | $6,905 | Responsibility: | INDIVIDUAL ACCOUNT |
| Terms: | MINIMUM $81 | Date Opened: | 03/2009 |

**Loan Type:** CREDIT CARD

| Late Payments (04 months) | 30 | 60 | 90+ | Last 4 months | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | jul | jun | may | apr |

---

### CHASE/BANK ONE CARD SERV # ██████6010
PO BOX 15298
WILMINGTON, DE 19850
(800) 945-2006

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 07/2005 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $7,097 | Responsibility: | INDIVIDUAL ACCOUNT |
| Credit Limit: | $7,000 | Date Opened: | 07/1995 |
| | | Date Closed: | 03/2005 |
| | | Date Paid: | 03/2005 |

**Loan Type:** CREDIT CARD
**Remarks:** ACCOUNT CLOSED BY CONSUMER

| Late Payments (48 months) | 30 | 60 | 90+ | Last 48 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jun | may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| jun | may | apr | mar | feb | '03 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul |

---

### DISCOVER FINCL SVC LLC # ██████6970
PO BOX 15316
WILMINGTON, DE 19850-5316
(800) 347-2683

| | | | |
|---|---|---|---|
| Balance: | $259 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 09/2009 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $2,628 | Responsibility: | INDIVIDUAL ACCOUNT |
| Credit Limit: | $7,500 | Date Opened: | 01/2003 |

**Loan Type:** CREDIT CARD
**Remarks:** ACCT INFO DISPUTED BY CONSUMR

| Late Payments (38 months) | 30 | 60 | 90+ | Last 38 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | feb | '08 | dec | nov | oct | sep |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul |

---

### FORD MOTOR CREDIT # ██████5WY9
POB 542000
OMAHA, NE 68154
(800) 727-7000

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 09/2002 | Account Type: | INSTALLMENT ACCOUNT |
| High Balance: | $9,878 | Responsibility: | INDIVIDUAL ACCOUNT |
| Terms: | 36 MONTHLY $274 | Date Opened: | 04/2001 |
| | | Date Closed: | 09/2002 |

**Loan Type:** AUTOMOBILE
**Remarks:** CLOSED

| Late Payments (17 months) | 30 | 60 | 90+ | Last 17 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| X | OK | OK | OK | OK | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | aug | jul | jun | may | apr |

---

### GEMB/DILLARDS # ██████7161
P O BOX 981471
EL PASO, TX 79998-1471
(800) 643-8278

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | PAID OR PAYING AS AGREED |
| Date Updated: | 08/2009 | Account Type: | REVOLVING ACCOUNT |
| High Balance: | $0 | Responsibility: | INDIVIDUAL ACCOUNT |
| Credit Limit: | $224 | Date Opened: | 10/2003 |
| | | Date Closed: | 10/2008 |

**Loan Type:** CHARGE ACCOUNT
**Remarks:** CLOSED

| Late Payments (48 months) | 30 | 60 | 90+ | Last 48 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug |

---

**Consumer Credit Report for RANDALL R. FERGUSON**

File Number: 209697164
Page: 3 of 6
Date Issued: 09/15/2009

**TransUnion.**



### GEMB/OLD NAVY #■■■■9061
PO BOX 981400
EL PASO, TX 79998-1400
(877) 222-6868

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 08/2009 |
| High Balance: | $25 |
| Credit Limit: | $500 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 05/2004 |
| Date Closed: | 12/2005 |
| Date Paid: | 06/2004 |

**Loan Type:** CHARGE ACCOUNT
**Remarks:** ACCOUNT CLOSED BY CONSUMER

| Late Payments (48 months) | 30 | 60 | 90+ | Last 48 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug |

### HSBC BANK #■■■■5980
PO BOX 5253
CAROL STREAM, IL 60197
(800) 477-6000

| | |
|---|---|
| Balance: | $1,675 |
| Date Updated: | 08/2009 |
| High Balance: | $5,609 |
| Credit Limit: | $12,000 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 08/2006 |

**Loan Type:** CREDIT CARD
**Remarks:** DISPUTE RESLVD-CUST DISAGREES

| Late Payments (35 months) | 30 | 60 | 90+ | Last 35 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | |
| jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | | | | | | | | | | | | | |

### HSBC BANK #■■■■0989
PO BOX 5253
CAROL STREAM, IL 60197
(800) 477-6000

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/2006 |
| High Balance: | $2,185 |
| Credit Limit: | $0 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 08/2006 |
| Date Closed: | 09/2006 |

**Loan Type:** CREDIT CARD
**Remarks:** CREDIT CARD LOST/STOLEN

| Late Payments (01 month) | 30 | 60 | 90+ | Last 1 month | OK |
|---|---|---|---|---|---|
| | 0 | 0 | 0 | | aug |

### KOHLS/CHASE #■■■■8952
PO 3115
MILWAUKEE, WI 53201-3115
(800) 564-5740

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 06/2007 |
| High Balance: | $37 |
| Credit Limit: | $1,500 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 05/2005 |
| Date Paid: | 07/2005 |

**Loan Type:** CREDIT CARD

| Late Payments (26 months) | 30 | 60 | 90+ | Last 26 months |
|---|---|---|---|---|
| | 0 | 0 | 0 | |

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun |
| OK | OK | | | | | | | | | | | | | | | | | | | | | | |
| may | apr | | | | | | | | | | | | | | | | | | | | | | |

**Consumer Credit Report for** RANDALL R. FERGUSON

| | |
|---|---|
| **File Number:** | 209697164 |
| **Page:** | 4 of 6 |
| **Date Issued:** | 09/15/2009 |

## KROGER FIN CC # ███████5572

1000 LAFAYETTE BV
BRIDGEPORT, CT 06604
(203) 551-5096

**Loan Type:** CREDIT CARD
**Remarks:** ACCOUNT CLOSED BY CONSUMER

| | |
|---|---|
| **Balance:** | $0 |
| **Date Updated:** | 05/2008 |
| **High Balance:** | $1,160 |
| **Credit Limit:** | $5,000 |

| | |
|---|---|
| **Pay Status:** | PAID OR PAYING AS AGREED |
| **Account Type:** | REVOLVING ACCOUNT |
| **Responsibility:** | INDIVIDUAL ACCOUNT |
| **Date Opened:** | 01/2006 |
| **Date Closed:** | 08/2006 |
| **Date Paid:** | 09/2006 |

**Late Payments (27 months)**

| | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 27 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may |

| OK | OK | OK |
|---|---|---|
| apr | mar | feb |

## THE HOME DEPOT/CBSD # ███████4155

PO BOX 6497
SIOUX FALLS, SD 57117-6497
(800) 677-0232

**Loan Type:** CHARGE ACCOUNT
**Remarks:** ACCOUNT CLOSED BY CONSUMER

| | |
|---|---|
| **Balance:** | $0 |
| **Date Updated:** | 08/2009 |
| **High Balance:** | $256 |
| **Credit Limit:** | $5,000 |

| | |
|---|---|
| **Pay Status:** | PAID OR PAYING AS AGREED |
| **Account Type:** | REVOLVING ACCOUNT |
| **Responsibility:** | INDIVIDUAL ACCOUNT |
| **Date Opened:** | 03/2008 |
| **Date Closed:** | 10/2008 |
| **Date Paid:** | 09/2008 |

**Late Payments (17 months)**

| | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 17 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar |

## WELLS FARGO HOME MORTGAG # ███████8521

3480 STATEVIEW BV
FT MILS, SC 29716
(800) 288-3212

**Loan Type:** CONVENTIONAL REAL ESTATE MTG
**Remarks:** CLOSED

| | |
|---|---|
| **Balance:** | $0 |
| **Date Updated:** | 01/2007 |
| **High Balance:** | $43,500 |
| **Collateral:** | FREDDIE MAC # 217149642 |
| **Terms:** | 180 MONTHLY $358 |

| | |
|---|---|
| **Pay Status:** | PAID OR PAYING AS AGREED |
| **Account Type:** | MORTGAGE ACCOUNT |
| **Responsibility:** | JOINT ACCOUNT |
| **Date Opened:** | 08/2005 |
| **Date Closed:** | 01/2007 |

**Late Payments (10 months)**

| | 30 | 60 | 90+ |
|---|---|---|---|
| | 0 | 0 | 0 |

Last 10 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|
| dec | nov | oct | sep | aug | jul | jun | may | apr | mar |

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**GEMB/LOWES**
P O BOX 981400
EL PASO, TX 79998
(800) 444-1408
**Requested On:** 07/25/2009   **Inquiry Type:** INDIVIDUAL

## Account Review Inquiries

The companies listed below have obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**21ST CENTURY INSURANCE**
SPECIAL SERVICES D
WILMINGTON, DE 19803
Phone number not available
**Requested On:** 09/2009
**Permissible Purpose:** INSURANCE UNDERWRITING

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
**Requested On:** 09/2009

Consumer Credit Report for RANDALL R. FERGUSON

| | |
|---|---|
| **File Number:** | 209697164 |
| **Page:** | 5 of 6 |
| **Date Issued:** | 09/15/2009 |

TransUnion.

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
**Requested On:** 09/2009

**FARMERS INS. GROUP VIA FARMERS INSURANCE GROUP**
4700 WILSHIRE BLVD
LOS ANGELES, CA 90010
(323) 932-3406
**Requested On:** 09/2009
**Permissible Purpose:** INSURANCE UNDERWRITING

**HARTFORDINSURANCEPI**
1000 ALDERMAN DRIV
ALPHARETTA, GA 30005
(800) 624-5578
**Requested On:** 09/2009
**Permissible Purpose:** INSURANCE UNDERWRITING

**HOMEOWNERS OF AMERICA IN**
133 CORPORATE DRIV
IRVING, TX 75038
(972) 407-9896
**Requested On:** 09/2009
**Permissible Purpose:** INSURANCE UNDERWRITING

**HOMEOWNERS OF AMERICA IN**
133 CORPORATE DRIV
IRVING, TX 75038
(972) 407-9896
**Requested On:** 09/2009
**Permissible Purpose:** INSURANCE UNDERWRITING

**RANDALL R FERGUSON VIA TRANSUNION INTERACTIVE I**
100 CROSS ST
SAN LUIS OBISP, CA 93401
Phone number not available
**Requested On:** 09/2009
**Permissible Purpose:** CREDIT MONITORING

**TRAVELERS VIA TRAVELERS PROP & CAS. IN**
4650 WESTWAY PARK
HOUSTON, TX 77041
Phone number not available
**Requested On:** 09/2009
**Permissible Purpose:** INSURANCE UNDERWRITING

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
**Requested On:** 08/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
**Requested On:** 07/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
**Requested On:** 06/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
**Requested On:** 05/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
**Requested On:** 04/2009

**CHASE BANK DEPOSIT**
1111 POLARIS PARKW
PO BOX 901008
COLUMBUS, OH 43271
Phone number not available
**Requested On:** 03/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
**Requested On:** 03/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
**Requested On:** 02/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
**Requested On:** 01/2009

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
**Requested On:** 12/2008

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
**Requested On:** 11/2008

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
3) 347-2683
Requested On: 10/2008

**DISCOVER FINCL SVC LLC**
2500 LAKE COOK RD
RIVERWOODS, IL 60015-3851
(800) 347-2683
**Requested On:** 09/2008

Consumer Credit Report for RANDALL R. FERGUSON

File Number:  209697164
Page:  6 of 6
Date Issued:  09/15/2009

**NATIONWIDE INSURANCE CO**
1 NATIONWIDE PLZ
COLUMBUS, OH 43215-2220
(800) 882-2822
Requested On: 08/2008
Permissible Purpose: INSURANCE UNDERWRITING

# Special Messages

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion.
(Note: This statement has no expiration date.)

**OTHER MESSAGES:** INPUT SSN HAS BEEN USED (004) TIMES IN THE LAST (30) DAYS ON DIFFERENT INQUIRIES

INPUT PREVIOUS ADDRESS HAS BEEN USED (005) TIMES IN THE LAST (30) DAYS ON DIFFERENT INQUIRIES

INPUT CURRENT ADDRESS HAS BEEN USED (008) TIMES IN THE LAST (30) DAYS ON DIFFERENT INQUIRIES

## Should you wish to initiate an investigation, you may do so,

**At our web site:**
http://transunion.com/disputeonline

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

**EXHIBIT 14**

Page 1

                IN THE UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA


                 Case No.: 2:11-cv-02043-PA (SHx)

      RANDALL FERGUSON,

              Plaintiff,

          vs.

      WELLS FARGO BANK, N.A.,

              Defendant.






                    DEPOSITION OF EDDIE DURAN

                      November 22, 2011
                         10:08 a.m.
                 110 Twelfth Street, Northwest
                    Albuquerque, New Mexico





         PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE,
      this deposition was:


      TAKEN BY:    GEOFFREY H. BASKERVILLE
                   ATTORNEY FOR PLAINTIFF


      REPORTED BY: CHERYL ARREGUIN, RPR
                   New Mexico CCR No. 21
                   Kathy Townsend Court Reporters
                   110 Twelfth Street, Northwest
                   Albuquerque, New Mexico  87102

Page 14

1   concerning his account, correct?

2      A.   That is correct.

3      Q.   And in preparing the AUD form and the ACDV

4   forms, you didn't make any mistakes in preparing those

5   forms, correct, sir?

6          MR. GRAMMATICO:  Objection, question is vague

7   and ambiguous, furthermore, question calls for an expert

8   conclusion, question is also irrelevant.

9          I'm going to instruct the witness not to

10   answer.

11          MR. BASKERVILLE:  Paul, the question is

12   perfectly relevant, and it does not go into any expert

13   testimony whatsoever.  I'm asking him if in doing what

14   he did he made any mistakes.  I'm entitled to know

15   whether that's true or not.

16          And that's what you're saying.  I'm trying to

17   understand the basis of his testimony, what he signed

18   the affidavit about.

19          MR. GRAMMATICO:  Eddie, to your knowledge, did

20   you make a mistake?

21          THE WITNESS:  Not that I'm aware of.

22      Q.  (BY MR. BASKERVILLE)  So, Mr. Duran, I

23   understand correctly that there was no human error

24   involved in preparing either of the ACDVs or the AUD

25   form, correct?

Page 15

1          MR. GRAMMATICO:  Objection, vague and

2     ambiguous as to human error.

3               You can answer if you understand.

4               THE WITNESS:  I am -- can you repeat the

5     question?

6          Q.   (BY MR. BASKERVILLE)  Was there any human

7     error made in preparing the responses that Wells Fargo

8     gave to either of the TransUnion ACDVs or the AUD form

9     that Wells Fargo submitted to TransUnion?

10              MR. GRAMMATICO:  Same objection.

11              You can answer.

12              THE WITNESS:  I'm not familiar with any human

13     error being submitted.

14         Q.   (BY MR. BASKERVILLE)  You agree with me that

15     when you received the ACDV forms, that you filled in

16     certain information in the Response Data field, correct?

17         A.   I'm not understanding what -- what data field

18     or what information you're referring to.

19         Q.   Well, when you processed the ACDV forms, you

20     filled in certain fields on those forms, correct?

21         A.   Correct.

22         Q.   And it was your intent to fill in the fields

23     that you filled in, correct?

24         A.   Correct.

25         Q.   You did that deliberately and voluntarily,

Page 16

1    correct?

2         A.    Correct.

3         Q.    And you left certain fields on those ACDV

4    forms blank, correct?

5         A.    I couldn't tell you what fields exactly were

6    left blank or -- or what -- what fields needed -- I

7    usually filled out the form based on my -- what I can

8    recollect of -- on what needed to be filled out.

9         Q.    And in your -- if your intent was to leave a

10   field blank, you'd leave it blank, correct?

11        A.    My intent was to go ahead and -- and submit

12   the AUD properly to -- to correct the -- the information

13   being sent to the credit agencies.

14        Q.    And if you felt that the -- and if -- and if

15   the proper way to do that was to leave a field blank,

16   then you left that field blank, correct?

17        A.    Correct.

18        Q.    And that was your intent, to leave the field

19   blank, when you filled out and submitted the ACDVs or

20   the AUD, correct?

21        A.    That would be correct.

22        Q.    And in filling out and handling the AUD and

23   the ACDV forms that you received concerning

24   Mr. Ferguson's dispute, you handled those according to

25   Wells Fargo's established policies and procedures for

Page 17

1   handling those sorts of forms, correct?

2       A.   Based on my training, yes.

3       Q.   You handled other disputes concerning

4   co-borrowers where bankruptcy was reported on the

5   nonfiler's credit report, correct?

6       A.   I could not recall.  I've handled so many

7   disputes.

8       Q.   So in the -- working in the credit bureau

9   dispute department, you handled a number of disputes,

10  correct?

11      A.   That is correct.

12      Q.   And it's -- and again, as I say, you handled

13  this dispute in accordance with your training and the

14  policies and procedures that Wells Fargo had in place

15  for the processing of consumer disputes either through

16  an ACDV process or through the AUD process, correct?

17      A.   That would be correct.

18      Q.   And if the dispute -- if you were still in

19  that department and the dispute were to come to you

20  again today, you'd handle it in the same way, correct?

21      A.   Correct.

22      Q.   All right.  Let's go back a little bit.

23           You mentioned that you did fill out these

24  ACDVs and the AUD in accordance with your training at

25  Wells Fargo, correct?

Page 56

1    successful, correct?

2              MR. GRAMMATICO:  Objection, calls for

3    speculation as to what Mr. Ferguson thought.

4              You can answer.  I mean, if you -- if you

5    know.

6              THE WITNESS:  I don't know.

7              MR. BASKERVILLE:  Okay.

8         Q.   You would agree with me that Mr. Ferguson has

9    come back to you -- come back to Wells Fargo nine days

10   later with the same complaint, correct?

11        A.   Correct.

12        Q.   And that's after you submitted the ACDV that

13   we looked at and have marked Duran 1, correct?

14        A.   Yes.

15        Q.   Okay.

16             Again, with what we have looked at and marked

17   as Duran 2, you entered in Response Code 02 for modify

18   the account, correct?

19        A.   That is correct.

20        Q.   So again, you're -- you're opting to modify as

21   opposed to verify or delete the account, correct?

22        A.   Correct.

23        Q.   All right.

24             And you completed this ACDV form in accordance

25   with Wells Fargo's policies and procedures for handling

Page 57

1   consumer disputes, correct?

2       A.   Correct.

3       Q.   And if we look down at the bottom third in the

4   Account Information section, in the CII field, in the

5   Request Data column, you'll see an I:Chapter 7

6   Bankruptcy Dismissed, correct?

7       A.   Correct.  It's the same as the other exhibit,

8   and again it is -- looks like it was left blank on the

9   Response Data.

10      Q.   So on the Request Data, we've got the same

11  information entered in the CII field that we had back on

12  August 11th, correct?

13      A.   Correct.

14      Q.   And in handling this dispute, you did the same

15  thing that you did on August 11 -- on August 20th and

16  left the Response Data field blank for that CII field,

17  correct?

18      A.   Correct.

19      Q.   You did not enter any code in that field,

20  correct?

21      A.   There's no code in that.  Correct.

22      Q.   And that -- again, the form was filled out in

23  accordance with Wells Fargo's policies and procedures,

24  correct?

25      A.   As far as my knowledge again, leaving that

Page 58

1   blank would submit the proper information to report

2   correctly.

3        Q.   And that's without the Chapter 7 Bankruptcy

4   remark, correct?

5        A.   Correct.

6        Q.   Because your research and information had

7   determined that Mr. Ferguson didn't file a bankruptcy,

8   correct?

9        A.   That is correct.

10       Q.   If we look at the field at the bottom of the

11  page, the CCC field, again you'd agree with me that the

12  Response Data column is blank, correct?

13       A.   Yes.

14       Q.   No code entered there at all.

15       A.   Yes.

16       Q.   And this is the second time that Mr. Ferguson

17  has come to Wells Fargo through the ACDV process,

18  raising a dispute about this bankruptcy code that's in

19  the CII field, correct?

20       A.   Correct.

21       Q.   And it's the second time that you've handled

22  Mr. Ferguson's dispute in the same manner with respect

23  to both the CII field and the CCC field, correct?

24            MR. GRAMMATICO:  I'm sorry, Geoffrey.  The

25  question came out muffled again.

Page 59

1          Can you repeat it, please?

2          MR. BASKERVILLE:  Okay.  I certainly will.

3      Q.   And you would agree with me, Mr. Duran, that

4  this is the second time that you handled Mr. Ferguson's

5  dispute in the same manner with respect to the CII field

6  and the CCC field, correct?

7      A.   Correct.

8      Q.   Okay.

9          If you could take a look at what we've marked

10  as Duran 3, please.

11          Let me know when you've had a chance to look

12  at that.

13      A.   Okay.

14      Q.   Do you recognize this document?

15      A.   This is an AUD.  This would have been

16  submitted with the -- the called-in dispute.

17      Q.   All right.

18          So this is the document that Wells Fargo

19  prepares in response to a direct dispute from a

20  consumer, correct?

21      A.   Correct.

22      Q.   And if we look at this document, up at the top

23  right-hand side, the second line down, it bears your

24  name again, correct?

25      A.   Yes.

Page 69

1              THE WITNESS:  Correct.

2        Q.   (BY MR. BASKERVILLE)  And you know that you

3    also filled out this AUD that we've just been talking

4    about concerning that same bankruptcy remark issue,

5    correct?

6              MR. GRAMMATICO:  Objection -- objection, asked

7    and answered.

8              Go ahead.

9              THE WITNESS:  Correct.

10             MR. BASKERVILLE:  Okay.

11       Q.   Mr. Duran, you would agree with me that Wells

12   Fargo is a credit furnisher, correct?

13             MR. GRAMMATICO:  Objection, calls for a legal

14   conclusion as to what constitutes a credit furnisher.

15             You can answer to the extent you understand.

16             THE WITNESS:  I don't understand it.

17             MR. BASKERVILLE:  Let me try and break it down

18   for you, then, sir.  Okay?

19       Q.   Am I correct that Wells Fargo provides credit

20   information concerning accounts the bank holds to the

21   credit reporting agencies?

22       A.   Yes.

23       Q.   And that the credit reporting agencies will

24   report the information that Wells Fargo provides to

25   them, correct?

Page 70

1      A.   Correct.

2      Q.   The credit reporting agencies don't create the

3   information they report, correct?

4           MR. GRAMMATICO:  Objection, vague and

5   ambiguous as to creating the information they report.

6           You can answer if you understand.

7           THE WITNESS:  I don't know.

8      Q.   (BY MR. BASKERVILLE)  The credit reporting

9   agencies don't make up the information that they report

10   on a credit report, it comes from the furnishers, the

11   banks, correct?

12           MR. GRAMMATICO:  Objection, assumes facts not

13   in evidence, calls for speculation.

14           I'm going to instruct the witness not to

15   answer.

16           MR. BASKERVILLE:  I'll rephrase it, Paul.

17   I'll rephrase it.

18      Q.   We've looked at these ACDV forms, and we've

19   gone over the CII field and the data -- the Request Data

20   section, and you've agreed with me that there's an I

21   code in there for Chapter 7 Bankruptcy Dismissed,

22   correct, Mr. Duran?

23      A.   Correct.

24      Q.   And that is what was reporting on a credit

25   reporting agency's credit report concerning this Wells

**KATHY TOWNSEND COURT REPORTERS**
**505-243-5018**

Page 71

1   Fargo account of Mr. Ferguson's, correct?

2       A.   Correct.

3       Q.   Where did the I code in that CII field come

4   from?

5            MR. GRAMMATICO:  Objection, calls for

6   speculation.

7            You can answer if you know.

8            THE WITNESS:  I don't know.  I don't know.

9       Q.   (BY MR. BASKERVILLE)  I'm sorry.  What -- "I

10  don't know"?

11      A.   Correct.

12           MR. BASKERVILLE:  Paul, was his answer "I

13  don't know"?

14           I just didn't hear it.

15           MR. GRAMMATICO:  Yes, it was.

16           MR. BASKERVILLE:  Okay.  Okay.

17           Let me take about five minutes here and then

18  come back, and I think we can wrap up.  Okay?

19           MR. GRAMMATICO:  Sure.  We'll take -- take as

20  much time as you need.

21           THE VIDEOGRAPHER:  We're off the record at

22  12:08 p.m.

23           (Proceedings in recess.)

24           THE VIDEOGRAPHER:  We're back on the record at

25  12:20 p.m.