William J. Wall (SBN 203970)
wwall@wall-law.com
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA 92618
Telephone: (949) 387-4300
Facsimile: (800) 722-8196

Geoffrey H. Baskerville (*pro hac vice*)
gbaskerville@consumerlawfirm.com
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

Attorneys for Plaintiff
RANDALL FERGUSON

Scott J. Hyman (SBN 148709)
sjh@severson.com
Paul A. Grammatico (SBN 246380)
pag@severson.com
SEVERSON & WERSON, P.C.
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612-6578
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Donald J. Querio (SBN 54367)
djq@severson.com
Mark D. Lonergan (SBN 143622)
mdl@severson.com
SEVERSON & WERSON, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – SPRING STREET COURTHOUSE

| | |
|---|---|
| RANDALL FERGUSON,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: 2:11-CV-02043 PA (SHx)<br>Hon. Percy Anderson<br>Ctrm. 15 - Spring Street<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT STATUS**<br><br><br>Complaint Filed: March 9, 2011<br>Discovery Cut-Off: November 28, 2011<br>Motion Cut-Off: December 19, 2011<br>Pretrial Conf.: January 6, 2012<br>TRIAL DATE: February 7, 2012 |

1    Pursuant to the Scheduling and Case Management Order for cases assigned

2  to Judge Percy Anderson, the parties attempted to resolve the dispute through

3  mediation.

4    The parties attended mediation on October 25, 2011 before Attorney

5  Settlement Officer, Caroline Vincent, 1900 Avenue of the Stars #250, Los Angeles,

6  CA 90067.  However, the parties were not able to resolve the matter.

7

8  DATED:  December 23, 2011                    FRANCIS & MAILMAN, P.C.
                                                A Professional Corporation
9

10

11                                             By: /s/ *Geoffrey Baskerville*
                                                   JOHN SOUMILAS*
                                                   GEOFFREY BASKERVILLE
12

13                                             Attorneys for Plaintiff
                                                RANDALL FERGUSON

14

15  DATED:  December 23, 2011                    SEVERSON & WERSON
                                                A Professional Corporation
16

17                                             By: /s/ *Scott J. Hyman*
                                                   SCOTT J. HYMAN
18                                                 PAUL A. GRAMMATICO

19                                             Attorneys for Defendant
                                                WELLS FARGO BANK, N.A
20

21  *Pro hac Vice* application pending.

22

23

24

25

26

27

28

07685/0940/2052046.1                       -2-                    Joint Status Report Regarding Settlement
                                                                  Case No. 2:11-CV-02043 PA (SHx)

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine, California. My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, California 92612-6578.

On the date below I served the within document(s) described as: **JOINT STATUS REPORT REGARDING SETTLEMENT STATUS** on the interested parties in this action:

William J. Wall, Esq.
THE WALL LAW OFFICE
9900 Research Drive
Irvine CA 92618-4309

Counsel for Plaintiff
RANDALL FERGUSON

Telephone: 949.387.4300
Fax:          800.722.8196
*wwall@wall-law.com*

Geoffrey H. Baskerville
FRANCIS & MAILMAN PC
Land Title Building
100 South Broad Street 19th Floor
Philadelphia, PA 19110-1023

Counsel for Plaintiff
RANDALL FERGUSON

Telephone: 215.735.8600
Fax:          215.940.8000
*gbaskerville@consumerlawfirm.com*

☒ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 23, 2011, at Irvine, California.

_____
Josie Heasley

07685/0940/2060020.1                                                         CERTIFICATE OF SERVICE