FILED
CLERK, U.S. DISTRICT COURT
DEC 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL FERGUSON,<br><br>          Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A.,<br><br>          Defendant. | No. CV 11-2043 PA (SHx)<br><br>JUDGMENT |

   In accordance with the Court's order granting defendant Wells Fargo Bank, N.A.'s motion for summary judgment filed and entered on December 28, 2011,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Wells Fargo Bank, N.A. shall have judgment entered in its favor against plaintiff Randall Ferguson ("Plaintiff").

   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff takes nothing and that Wells Fargo Bank, N.A. shall recover its costs of suit.

DATED: December 28, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE