William J. Wall (State Bar No. 203970)
wwall@wall-law.com
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA  92618
Telephone:  (949) 387-4300
Facsimile:   (800) 722-8196

John Soumilas (*pro hac vice*)
jsoumilas@consumerlawfirm.com
Geoffrey H. Baskerville (*pro hac vice*)
gbaskerville@consumerlawfirm.com
FRANCIS & MAILMAN. P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone:  (215)735-8600
Facsimile:   (215) 940-8000

Attorneys for Plaintiff
RANDALL FERGUSON

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RANDALL FERGUSON,**<br>**Plaintiff,**<br>vs.<br>**WELLS FARGO BANK, N.A.,**<br>**Defendant.** | Case No.: 2:11-cv-02043-PA-SH<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that Randall Ferguson, Plaintiff in the above matter, appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Order in this action dated December 19, 2011 and entered on the docket December 28, 2011, including all previous rulings made by the District Court in this matter.

## REPRESENTATION STATEMENT

The parties and their respective counsel are as follows:

| *Plaintiff Randall Ferguson* | *Defendant Wells Fargo Bank, N.A.* |
|---|---|
| William J. Wall (SBN 203970) | Scott J. Hyman (SBN 148709) |
| The Wall Law Office | Paul A. Grammatico (SBN 246380) |
| 9900 Research Drive | Severson & Werson, P.C. |
| Irvine, CA  92618 | The Atrium |
| (949) 387-4300 | 19100 Von Karman Ave., Ste. 700 |
| | Irvine, CA  92612-6578 |
| John Soumilas (*pro hac vice*) | (949) 442-7110 |
| Geoffrey H. Baskerville (*pro hac vice*) | |
| Francis & Mailman, P.C. | Donald J. Querio (SBN 54367) |
| Land Title Building, 19th Floor | Mark D. Lonergan (SBN 143622) |
| 100 South Broad Street | Severson & Werson, P.C. |
| Philadelphia, PA  19110 | One Embarcadero Center, Ste. 2600 |
| (215) 735-8600 | San Francisco, CA  94111-3715 |
| | (415) 398-3344 |

Dated:  January 13, 2012              Respectfully submitted,

  /s/ John Soumilas
John Soumilas (*pro hac vice*)
jsoumilas@consumerlawfirm.com
Geoffrey H. Baskerville (*pro hac vice*)
gbaskerville@consumerlawfirm.com
FRANCIS & MAILMAN, P.C.
100 S. Broad St., 19th Floor
Philadelphia, PA  19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
William J. Wall (Bar No. 203970)
wwall@wall-law.com
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA  92618
Telephone:   (949) 387-4300
Facsimile:    (800) 722-8196

*Attorneys for Plaintiff Randall Ferguson*

## CERTIFICATE OF SERVICE

I, John Soumilas, declare I am a citizen of the United States and employed in Philadelphia, Pennsylvania. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 100 South Broad Street, Philadelphia, PA 19110. On **January 13, 2012**, I served, by electronic transmission, a copy of the Notice of Appeal upon counsel of record.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judges, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF user was served:

> Scott J. Hyman, Esq.
> Paul A. Grammatico, Esq.
> SEVERSON & WERSON, P.C.
> The Atrium
> 19100 Von Karman Ave., Suite 700
> Irvine, CA 92612
>
> Donald J. Querio, Esq.
> Mark D. Lonergan, Esq.
> SEVERSON & WERSON, P.C.
> One Embarcardero Center, Suite 2600
> San Francisco, CA 94111
>
> *Counsel for Defendant*
> *Wells Fargo Bank, N.A.*

Executed on **January 13, 2012**, at Philadelphia, PA.

        */s/John Soumilas*
        JOHN SOUMILAS